## EXHIBIT LIST for
## STANTON TANG v. NEXSTAR MEDIA INC.

- <u>Exhibit 1</u>: Email Containing Internal Memo.

- <u>Exhibit 2</u>: Nexstar Standards Guide, at p.1.

- <u>Exhibit 3</u>: Nexstar Media Group Employee Guide Book, at p.29.

- <u>Exhibit 4</u>: Amy Fox and Julie Brinks' Emails between 2:31 and 2:38 pm on 6.13.2023.

- <u>Exhibit 5</u>:  List of Articles and Blogs Posted Between June 14, 2023 and December 12, 2023.

- <u>Exhibit 6</u>: Julie Brinks' 6.16.2023 Email re: Internal Memo.

- <u>Exhibit 7</u>: Plaintiff's Demand for Retraction on 7.19.2023.