# EXHIBIT 1

**From:** ████████████████████

**Sent:** Tuesday, June 13, 2023 11:20:25 AM

**To:** WOOD News Staff ███████████████████

**Subject:** June Pride Month

June Pride Month is off to a busy and active start in West Michigan and around the country. We have already done a number of valuable stories about several Pride related events. But, we have also started to hear pushback from viewers who are not happy to see those Pride related stories. We know that West Michigan is a conservative area in many ways. We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community. While you personally may not agree with a certain position, people are entitled to their opinions and they are our viewers.

We need to be thoughtful about what Pride events and stories we cover, and how we cover them. If there is a news reason for the story, we should do it. If we are just showing one more Pride event, that may not be a good enough reason to do the story. We do not cover every event or festival that happens in West Michigan. We simply do not have the time or staff to do so. We should not cover every Pride event that we learn about. We need to do some work to discern the newsworthy-ness of the event. If we are covering pride events we need to consider how to make the story balanced and get both sides of the issue.

If you have a question about if and how we should cover a Pride related story, please see me or Stanton and let's have a conversation.

Thank you,



WOOD TV | ABC 4 West Michigan | WXSP
120 College Ave. SE
Grand Rapids, MI 49503

www.woodtv.com

   

WOOD/WOTV/WXSP does not discriminate in advertising contracts on the basis of race, ethnicity or gender and further requires that in the performance of all WOOD/WOTV/WXSP advertising agreements, WOOD/WOTV/WXSP requires that each party not discriminate on the basis of race or ethnicity.

This email and any files transmitted with it are the property of Nexstar Media Inc., are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed and/or as indicated in the applicable file. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify

S. Tang Bullard-Plawecki Pers. Docs                    000082