# EXHIBIT 5

EXHIBIT 5
**List of Articles and/or Sites**
With Relevant Postings Between June 14, 2023 and December 12, 2023
(with links and excerpts)

1. Jones, Scott (6.14.2023), *THAT'S ENOUGH GAY STUFF IN THE NEWSCASTS*, FTVLive, Retrievable at:  https://www.ftvlive.com/sqsp-test/2023/6/13/thats-enough-gay-stuff-in-the-newscasts

- News management at this Nexstar station is putting the brakes on Gay Pride stories. It seems it is pissing off the conservative homophobes watching the newscast.

- Check out the internal memo sent to the staff and obtained by FTVLive.

- Also, we compare this edict to the coverage they did on another "holiday."

- The FTVLive Patrons can read this story at this link.

- If you're not a Patron, go here to see how you can be.

2. Keys, Matthew (6.14.2023), *Michigan TV news director orders reporters to curb LGBT-focused stories;* THEDESK.NET,  Retrievable  at:  https://thedesk.net/2023/06/amy-fox-wood-tv-lgbt-memo-conservative-viewers/

- Update: Since this story was first published, The Desk has learned new details about the origin of the memo written by Amy Fox, and has confirmed that the station's parent company, Nexstar Media Group, has launched an internal investigation while removing Fox and another executive from discussions over future Pride Month coverage. To read the updated story, click or tap here. The original story appears below…

- The news director of a Michigan NBC affiliate ordered her reporters to ease up on coverage of LGBT-focused stories during Pride Month, saying the news pieces were upsetting some of the station's conservative viewers.

- The memo, penned by WOOD-TV (Channel 8) Assistant News Director Amy Fox, followed several reports that focused on a celebration hosted in the city of Grand Haven after officials there approved a permit for an inaugural Pride Month parade.

- Fox said the station could not "cover every event or festival that happens in West Michigan," citing a lack of time and staff to commit to those stories.

- "We should not cover every Pride event that we learn about," Fox affirmed. "We need to do some work to discern the newsworthy-ness of the event. If we are covering Pride events, we need to consider how to make the story balanced and get both sides of the issue."

- Fox did not respond to an email from The Desk seeking comment, nor did the station's news director, Stanton Tang. The existence of the memo was first reported early Wednesday morning by media columnist Scott Jones at his website FTV Live, who noted that WOOD-TV had covered numerous St. Patrick's Day events without any apparent pushback or consideration for station resources.

- WOOD-TV is owned by Nexstar Media Group, which is the largest owner of local broadcast television stations in the country. On its website, Nexstar says the company "strive[s] to foster a culture of diversity and inclusion, so all of our employees feel respected, and no one feels discriminated against." Gary Weitman, a Nexstar executive in charge of external communications, did not return an email from The Desk about Fox's memo.

- The Grand Rapids television market is the 42nd largest in the United States, comparable in size to Las Vegas, Oklahoma City and Albuquerque, according to Nielsen Media, which evaluates the

number of television households to determine a market's rank. Politically, Grand Rapids does skew more conservative than progressive, data from the website Best Neighborhood showed.

3. Keys, Matthew (6.15.2023),  *Michigan TV newsroom revolts over anti-gay memo - Journalists say they are not following a directive to curb their coverage of Pride Month events; the station's parent company has launched an investigation,*  THEDESK.NET,  Retrievable  at:  https://thedesk.net/2023/06/stanton-tang-amy-fox-lgbt-memo-wood-nexstar/

- Journalists at a Michigan television station who were told earlier this week to ease up on their coverage of LGBT-related matters say they are largely ignoring the directive.

- "Producers and reporters at Grand Rapids NBC affiliate WOOD-TV (Channel 8) also say they are upset with their news director, Stanton Tang, after he admitted during a staff meeting that he ordered his assistant news director, Amy Fox, to write and distribute the memo.

- The memo, circulated among newsroom employees on Tuesday, said recent coverage of Pride Month parades and similar events were upsetting Conservative viewers who comprise much of WOOD-TV's audience.

- "We know that West Michigan is a Conservative area in many ways," the memo said, according to a copy obtained by The Desk. "We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community. While you personally may not agree with a certain position, people are entitled to their opinions, and they are our viewers."

- Fox went on to write that the station wasn't able to cover "every event or festival that happens in West Michigan" due to a lack of resources, and that "we should not cover every Pride event that we learn about."

- "We need to do some work to discern the newsworthy-ness of the event," she continued. "If we are covering Pride events, we need to consider how to make the story balanced and get both sides of the issue."

- The directive was met with swift backlash inside the WOOD-TV newsroom, with some producers staging a brief walkout in protest, according to a station employee who spoke with The Desk on condition of anonymity Thursday.

- After the memo became public knowledge, Tang held a staff meeting where he revealed the memo written by Fox was at his urging, two sources said.

- The admission upset a number of people, who immediately contacted the human relations department at WOOD-TV's parent company, Nexstar Media Group. Nexstar has since ordered Fox and Tang to not participate in any planning meetings or discussions about the station's coverage involving Pride Month celebrations or LGBT matters while an internal investigation is carried out.

- "The memo was met with immediate pushback from our newsroom; the guidance is not being followed," Luke Stier, an executive producer at WOOD-TV, wrote in a post on the social media platform Twitter. "The only two people involved in its creation have been removed from any discussions surrounding WOOD-TV's Pride coverage as our corporation conducts a thorough investigation."

- On Thursday, Nexstar Chief Communications Officer Gary Weitman penned a note to employees in which he reaffirmed the company's commitment to diversity, equality and inclusion.

- "Our local TV stations are expected to cover and report the news of the day in an expansive and inclusive fashion, consistent with these values," Weitman wrote, according to a copy of the memo obtained by The Desk. "We're looking into the situation at WOOD-TV, as the communication regarding the station's coverage of Pride Month activities in the area is not consistent with Nexstar's

values, the way we cover the news, or the respect we have for our viewers. We will take appropriate action as necessary to address this situation, and apologize for offending members of the LGBTQ community and WOOD-TV's viewers."

- Fox and Tang did not respond to numerous requests for comment, nor did anyone at Nexstar. Despite some social media posts from a few newsroom workers, station employees have been asked not to speak publicly about the matter while the investigation continues.

- The bulk of the newsroom's anger appears to be directed at Tang, whom employees feel is allowing Fox to take the fall for his directive. Until this week, both news executives had a relatively unblemished name and were well-respected within their station and by industry peers throughout the region. Now, there are a lot of hurt feelings to go around.

- Some journalists say Tang's directive was particularly short-sighted and showed a lack of judgment, which was surprising given his tenure in the television news industry. He began his career as a producer for Phoenix CBS station KPNX (Channel 5) in 1988, where he began his climb up the newsroom ladder. Stops in Sacramento (KCRA, Channel 3, NBC) and Las Vegas (KLAS, Channel 8, CBS) helped him refine his approach until he moved to the Grand Rapids market and ABC affiliate WZZM (Channel 13).

- Tang spent five years as the news director of WZZM, where he got to know the lay of the land and learn more about the mostly-conservative viewers who tune in from the fringe reaches of the market. He left Grand Rapids to take a similar job at KOLO-TV (Channel 8), the CBS affiliate in Reno, before returning to Grand Rapids and WOOD-TV in late 2021.

4. Garcia, Carlos (6.15.2023),  *Producers and reporters refuse to tone down LGBTQ coverage after local station tells them to present both sides over conservative backlash*, BLAZE MEDIA, Retrievable at: https://www.theblaze.com/news/woodtv-rebels-pride-coverage-memo .

- The memo was leaked and obtained by the Desk, an outlet dedicated to covering local news outlets.

- Some WOOD producers protested by reportedly participating in a brief walkout, while others who were upset at the memo called their HR representatives to complain.

- "The memo was met with immediate pushback from our newsroom; the guidance is not being followed," tweeted WOOD executive producer Luke Stier.

- "The only two people involved in its creation have been removed from any discussions surrounding WOOD-TV's Pride coverage as our corporation conducts a thorough investigation," he added.

- News producer Kyle McIlmurray called the memo "ridiculous and hurtful" and said the staff was united against the command.

- On Thursday, a spokesperson for the station's parent company Nexstar released a statement reiterating its commitment to diversity and distancing the company from the anti-woke memo.

   o "Our local TV stations are expected to cover and report the news of the day in an expansive and inclusive fashion, consistent with these values," read the statement.

   o "We're looking into the situation at WOOD-TV, as the communication regarding the station's coverage of Pride Month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers," the statement continued. "We will take appropriate action as necessary to address this situation, and apologize for offending members of the LGBTQ community and WOOD-TV's viewers."

- Much of the ire was directed against WOOD news director Stanton Tang, who admitted to ordering his assistant news director, Amy Fox, to write and distribute the anti-woke memo.

3

5.  Witsil, Frank (6.15.2023 at 3:21 pm), *WOOD-TV in Grand Rapids under fire for internal memo calling for less LGBTQ Pride coverage,* DETROIT FREE PRESS, Retrievable at:https://www.freep.com/story/news/local/michigan/2023/06/15/wood-tv-lgbtq-reports-memo/70326709007/

- A Grand Rapids TV station is facing public and employee criticism for telling reporters to cover fewer LGBTQ+ events during Pride Month because, it said, it has been upsetting conservative viewers.

- Employees said a WOOD-TV (Channel 8) memo, which the Free Press has obtained, was sent to them Tuesday and asked staff to "do some work to discern the newsworthy-ness" of Pride events.

- "We know that West Michigan is a conservative area in many ways," the WOOD-TV memo said. "We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community."

- By Thursday evening, Gary Weitman — the executive vice president of Nexstar Media Group in Texas, which owns WOOD-TV — released a statement apologizing "for offending members of the LGBTQ community and WOOD-TV's viewers," and pledging to "take appropriate action as necessary to address this situation."

- He said the company is "looking into the situation" and "the communication regarding the station's coverage of PRIDE month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers."

- He added that "diversity, equity, and inclusion are among Nexstar's core values. Our local TV stations are expected to cover and report the news of the day in an expansive and inclusive fashion, consistent with these values."

- WOOD-TV has an editorial content sharing relationship with the Holland Sentinel, which, along with the Free Press and other Michigan news outlets, is owned by Gannett.

- Pride Month, an annual celebration for LGBTQ+ Americans, has become a challenge for businesses they face increasingly divided — and vocal — opinions on whether to support or oppose events in the nation's current political climate.

- Some local and state officials have voted to ban Pride flags and other displays from public property and prevent teachers from discussing sexual orientation and gender identity.

- Florida passed a bill, which some opponents have called "Don't Say Gay," which bans teachers from having discussions about sexual orientation or gender identity in kindergarten through third grade. Critics of the law included the entertainment behemoth, Disney.

- Monday, the Hartland Consolidated Schools Board of Education narrowly passed a policy change that restricts what kinds of signs, posters, flags, stickers and other items can be displayed in school buildings, according to the Livingston Daily.

- The Hamtramck City Council voted unanimously Tuesday night to ban LGBTQ+ Pride flags from being displayed on all city properties after three hours of public comment and months of intense debate, setting the stage for political clashes represented diverging views about the city's future.

- Last month, Target moved Pride displays and merchandise away from entrances of some stores, saying the decision to adjust its plans was to protect workers under volatile

circumstances after some customers screamed at employees and threatened to boycott the stores, according to news reports.

- And Anheuser-Busch is facing fallout after a marketing campaign with the transgender influencer Dylan Mulvaney.

6.   Van Wyk, Kayleigh (6.15.2023 at  5:02 p.m.), *WOOD-TV8 staff push back on internal memo to tone down Pride Month coverage*, CRAINS GRAND RAPIDS BUSINESS, Retrievable at: https://www.crainsgrandrapids.com/news/media-marketing/wood-tv8-staff-push-back-on-internal-memo-to-tone-down-pride-month-coverage/

- According to the June 13 memo sent from assistant news director Amy Fox on behalf of news director Stanton Tang, the station had received complaints from conservative viewers following Pride-related stories.

- An executive producer said via Twitter that the newsroom immediately pushed back and is not following the guidance from the memo. The tweet also indicated the two news directors involved in the memo's distribution have been removed from discussions surrounding Pride coverage while the station's parent company, Nexstar Media Group, conducts an investigation.

-  Gary Weitman, Nexstar's chief communications officer, said in an emailed statement to Crain's Grand Rapids: "Diversity, equity, and inclusion are among Nexstar's core values.  Our local TV stations are expected to cover and report the news of the day in an expansive and inclusive fashion, consistent with these values. We're looking into the situation at WOOD-TV, as the communication regarding the station's coverage of PRIDE month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers. We will take appropriate action as necessary to address this situation, and apologize for offending members of the LGBTQ community and WOOD-TV's viewers."

7.   Steir, Luke, (6.15.2023 at 6:30 pm), *WOOD TV8 parent company responds to newsroom memo*, WOODTV.COM, Retrievable at: https://www.woodtv.com/about-us/wood-tv8-parent-company-responds-to-newsroom-memo/

- After News 8 staff members pushed back against the content of the message, the newsroom was told Wednesday that the news director and assistant news director responsible for the memo would no longer be involved in news coverage decisions regarding Pride month.

- After multiple media outlets reported the content of the email Thursday, Nexstar EVP/Chief Communications Officer Gary Weitman sent the following statement to News 8: "Diversity, equity, and inclusion are among Nexstar's core values. Our local TV stations are expected to cover and report the news of the day in an expansive and inclusive fashion, consistent with these values. We're looking into the situation at WOOD-TV, as the communication regarding the station's coverage of PRIDE month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers. We will take appropriate action as necessary to address this situation, and apologize for offending members of the LGBTQ community and WOOD-TV's viewers."

8.   Back2Stonewall (6.15.2023),  *MICHIGAN – NBC Affiliate Tells Reporters To Ease Up On LGBT Coverage. It Upsets The Haters*, BACK2STONEWALL: Retrievable at: http://www.back2stonewall.com/2023/06/michigan-nbc-affiliate-tells-reporters-to-ease-up-on-lgbt-coverage-it-upsets-the-haters.html

9.   Keys, Matthew (6.16.2023), *Calls grow for Michigan news director to resign after anti-gay memo, Journalists at Nexstar-owned WOOD-TV say the newsroom executive has contributed to a hostile work environment since he joined in 2021*.THEDESK.NET, Retrievable at: *https://thedesk.net/2023/06/stanton-tang-anti-gay-pride-memo-wood-tv/*

5

- Journalists at a Michigan television station are calling for their news director, Stanton Tang, to resign after he acknowledged himself to be the architect of a memo that urged reporters to ease up on coverage of Pride Month celebrations in the region.

- Five newsroom employees who spoke with The Desk this week affirmed they were getting behind a growing movement at WOOD-TV (Channel 8, NBC) for Tang's resignation or firing, claiming the memo was just the latest in a long string of editorial interference based on his political and social views.

- The most-recent incident saw Tang direct his assistant news director, Amy Fox, to write and distribute a memo noting that recent Pride Month events focused on the LGBT community were hurting the station's relationship with its conservative viewers, and urging reporters to avoid future Pride Month coverage unless they could find a hard news angle and seek out comment from "both sides."

- "We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community. While you personally may not agree with a certain position, people are entitled to their opinions, and they are our viewers," Fox wrote in the memo, which circulated among employees on Tuesday. She continued: "We need to do some work to discern the newsworthy-ness of the event. If we are covering Pride events, we need to consider how to make the story balanced and get both sides of the issue."

- The memo was first obtained by Scott Jones of the website FTV Live, who placed it behind a paywall. It went viral after The Desk confirmed the memo and published a story on it, which was quickly picked up by other media outlets.

- Gary Weitman, Nexstar's senior communications officer, has refused to speak with The Desk about the matter; in statements to other news outlets, Weitman said the memo violated Nexstar's policy, was not in line with the company's editorial mission, and that an investigation had started.

- Earlier this year, Nexstar fired WAVY (Channel 10, NBC) news director Sarah Zak after she used a racial slur while reading from a court filing during an editorial meeting. The dismissal came two weeks after the incident, and only after reporters from other outlets started asking Nexstar about what happened.

- If Nexstar finds that Tang violated the same policy, his days are likely numbered. Less clear is what will happen with Fox, with the newsroom split on whether she should be held to the same level of accountability. Some inside WOOD-TV believe she had a responsibility to push back against Tang's directive; others believe Tang set her up to be a scapegoat.

- While Nexstar continues its probe, the company says Tang and Fox will not participate in any discussions on the station's Pride Month coverage for the foreseeable future.

10. Reilly, Liam (6.16.2023 at 11:12 am),  *Nexstar investigates after Michigan news station told to 'get both sides' of Pride event*, CNN.com *Retrievable at: https://www.cnn.com/2023/06/16/business/nexstar-news-probes-local-pride-coverage/index.html.*

- Nexstar, the nation's largest operator of local TV stations, said Thursday it is conducting an investigation after a news director at a Michigan station told its journalists to scale back its Pride Month coverage and "get both sides" on LGBTQ issues, saying their "polarizing" nature had upset some of its conservative viewers.

- "We're looking into the situation at WOOD-TV, as the communication regarding the station's coverage of PRIDE month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers," the company said in a statement to CNN.

- Nexstar added that it will "take appropriate action as necessary to address this situation" and said that it "apologize[s] for offending members of the LGBTQ community and WOOD-TV's viewers."

- A journalist at the station, who asked not to be identified, told CNN that several employees responded to the memo via email to voice their disapproval.

- "Our newsroom immediately stood up to the 2 managers who wrote a memo mandating that we cover 'the other side' of Pride events," WOOD-TV anchor Michele DeSelms wrote on Twitter. "Essentially requiring us to give equal time to hate and discrimination."

- "We said no, and will continue to fight for our LGBTQ colleagues, family members, friends and the community," she continued. "This fight is not over. Please know we are standing up for what's right, standing strong together and we will not let hate win."

- Luke Stier and Madeline Odle, executive producers at the station, also publicly expressed outrage over the directive.

- "The guidance is not being followed," Stier tweeted. "The only two people involved in its creation have been removed from any discussions surrounding @WOODTV Pride coverage as our corporation conducts a thorough investigation."

11. Associated Press (June 16, 2023 at 1:10 pm), *TV news owner apologizes for Pride Month memo that told Michigan staff to cover fewer LGBTQ+ events; The general manager of a television news station in western Michigan has apologized after staff received a memo telling reporters to cover fewer LGBTQ+ events during Pride Month because coverage could be "polarizing,"* AP NEWS *Retrievable at: https://apnews.com/article/lgbtq-pride-month-woodtv-michigan-c7094b8cabfbc84e9c7b21f1b774bd10*

- GRAND RAPIDS, Mich. (AP) — The general manager of a television news station in western Michigan has apologized after staff received a memo telling reporters to cover fewer LGBTQ+ events during Pride Month because coverage could be "polarizing."

- The memo to staff at WOOD-TV in Grand Rapids asked them to "do some work to discern the newsworthy-ness" of Pride events, according to the Detroit Free Press, which obtained a copy of it.

- "We know that West Michigan is a conservative area in many ways," the memo read, according to the story. "We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community."

- WOOD-TV is owned by Texas-based Nexstar Media which said Friday in a statement that the memo was not consistent with the company's values, the way it covers the news or the respect it has for viewers.

- "WOOD-TV is committed to diversity, equity, and inclusion and to covering and reporting the news of the day in an expansive and inclusive fashion, consistent with these values," Julie Brinks, WOOD-TV general manager said in a statement Friday.

- Brinks said Nexstar will "take appropriate action as necessary to address this situation, and we apologize for offending members of the LGBTQ community and WOOD-TV's viewers."

- Opposition to Pride events and pro-LGBTQ+ literature has galvanized some Republicans and conservatives across the U.S. in national and local politics. When a library in western Michigan refused to remove LGBTQ content from the shelves, residents waged a successful campaign to block some of its funding, in an episode that's played out in other states.

- The backlash is also affecting the bottom line for news outlets.

7

- "If we are covering Pride events, we need to consider how to make the story balanced and get both sides of the issue," the WOOD-TV memo said, the Free Press reported. "We have also started to hear pushback from viewers who are not happy to see those Pride related stories."

- The memo added that while staff may not agree with a certain position, "people are entitled to their opinions and they are our viewers," the Free Press reported.

12. Kransz, Michael (6.16. 2023 at 2:04 pm), *Staff push back after West Michigan TV station seeks to scale back LGBTQ Pride coverage,* MLIVE.COM *Retrievable at:* https://www.mlive.com/news/grand-rapids/2023/06/staff-push-back-after-west-michigan-tv-station-seeks-to-scale-back-lgbtq-pride-coverage.html

- GRAND RAPIDS, MI – Staff at WOOD TV8 and the station's parent company are pushing back after the station's news leadership earlier this week directed a scale back of LGBTQ Pride month event coverage to cow to unhappy viewers.

- In the leaked memo to staff from WOOD TV's assistant news director, newsroom leadership also told staff that if they are covering Pride events to "consider how to make the story balanced and get both sides of the issues."

- The memo didn't outline what the opposing side of a Pride event is.

- WOOD TV Executive Producer Luke Stier wrote on Twitter that the memo was met with "immediate pushback" from the newsroom and that those involved in the memo have been removed from discussions around Pride month coverage.

- "The guidance is not being followed," Stier wrote. "The only two people involved in its creation have been removed from any discussions surrounding WOOD TV Pride coverage as our corporation conducts a thorough investigation."

- A spokesperson for Nexstar Media Group, the corporate parent of WOOD TV, issued an apology Thursday, June 15, and said the memo isn't consistent with the company's values.

- "We're looking into the situation at WOOD-TV, as the communication regarding the station's coverage of Pride month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers," said Nexstar spokesperson Gary Weitman.

- "We will take appropriate action as necessary to address this situation, and apologize for offending members of the LGBTQ community and WOOD-TV's viewers."

- In the memo, newsroom leadership told staff the station has already done a number of "valuable stories" on Pride month-related events but that "we have also started to hear pushback from viewers who are not happy to see those Pride-related stories."

- "We know that West Michigan is a conservative area in many ways," the memo stated. "We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community. While you personally may not agree with a certain position, people are entitled to their opinions and they are our viewers."

- The memo, which MLive obtained, went on to say that if there's a news reason for a story, reporters should do it. But if it's just more coverage of another Pride event, "that may not be a good enough reason to do the story."

- The memo then talked about how WOOD TV doesn't cover every festival or event that happens in the area, as the station doesn't have enough staff or time to do so.

- "We should not cover every Pride event that we learn about," the memo from the assistant news director stated. "We need to do some work to discern the newsworthy-ness of the event.

- "If we are covering pride events we need to consider how to make the story balanced and get both sides of the issues."

- The memo concluded by inviting staff with questions about Pride month-related coverage to see the news director or the assistant news director for a conversation.

- A number of WOOD TV staff this week publicly criticized the memo.

- News anchor Michele DeSelms wrote on Twitter that by mandating staff cover the "other side" of Pride events, they would be required to give "equal time to hate and discrimination."

- "Our newsroom immediately stood up to the 2 managers who wrote a memo mandating that we cover 'the other side' of Pride events: essentially requiring us to give equal time to hate and discrimination," DeSelms wrote. "We said no, and will continue to fight for our LGBTQ colleagues, family members, friends and the community. This fight is not over.

- "Please know we are standing up for what's right, standing strong together and we will not let hate win."

- The station's chief meteorologist, Ellen Bacca, wrote on Twitter that the newsroom "is not standing for it."

- "Not only is it incredibly offensive to suggest Pride events be covered less than others -- the fact we were mandated to "curb our coverage" to appeal to a political belief goes against the very heart of what journalism is supposed to be," Bacca wrote.

13. Rahal, Sarah (6.16.2023 at 5:17 pm), *Grand Rapids TV station investigated following leaked Pride Month memo*, THE DETROIT NEWS, Retrievable at: https://www.detroitnews.com/story/news/local/michigan/2023/06/16/wood-tv-memo-leaked-asking-reporters-to-tone-down-pride-month-coverage/70331255007/

- A leaked memo from a Grand Rapids television station told reporters to ease up on LGBTQ-focused stories during Pride Month and staff are pushing back.

- The news director and assistant news director of NBC affiliate WOOD-TV8 will no longer be involved in coverage decisions this month after a controversial memo was issued to the newsroom staff Tuesday, the parent company said Friday.

- Assistant news director Amy Fox emailed the memo, titled "June Pride Month," stating LGBTQ issues can be controversial to viewers and advised reporters to "get both sides of the issue."

- "We know that West Michigan is a Conservative area in many ways," the memo from Fox said, according to a copy first obtained by The Desk, an online independent news. "We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community. While you personally may not agree with a certain position, people are entitled to their opinions, and they are our viewers."

- Nexstar Media Group, the corporate parent company of WOOD-TV8, released a statement Friday saying they are investigating the incident following reports of the leaked newsroom memo.

- Nexstar said News 8 staff immediately pushed back against the content of the message and "the newsroom was told Wednesday that the news director and assistant news director responsible for the memo would no longer be involved in news coverage decisions regarding Pride month."

- After multiple media outlets reported the content of the email Thursday, Nexstar EVP/Chief Communications Officer Gary Weitman sent the following statement to News 8:

> > ○ "Diversity, equity, and inclusion are among Nexstar's core values. Our local TV stations are expected to cover and report the news of the day in an expansive and inclusive fashion, consistent with these values. We're looking into the situation at WOOD-TV, as the communication regarding the station's coverage of PRIDE month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers. We will take appropriate action as necessary to address this situation, and apologize for offending members of the LGBTQ community and WOOD-TV's viewers."

- Luke Stier, an executive producer of news and special events at WOOD-TV, tweeted that corporate is conducting an investigation.

- "This memo was met with immediate pushback from our newsroom," he tweeted. "The guidance is not being followed. The only two people involved in its creation have been removed from any discussions surrounding WoodTV Pride coverage as our corporation conducts a thorough investigation."

- Meanwhile, staff inside the newsroom took to Twitter to share their support for the LGBTQ+ community.

- "The news director and assistant news director sent this memo without input from anyone in our newsroom," tweeted executive producer Madeline Odle. "Our team immediately pushed back and called it to the attention of upper management. This memo does not reflect our views. It has not and will not change how we cover members of our community."

14. DeVito, Lee (6.16.2023 at 5:42 pm), *WOOD-TV asks reporters to tone down Pride Month coverage for conservative viewers What are the 'both sides' of this issue, exactly?* THE MICHIGAN ADVANCE: https://michiganadvance.com/2023/06/16/lee-devito-wood-tv-asks-reporters-to-tone-down-pride-month-coverage-for-conservative-viewers/

- Now, we've learned that Grand Rapids TV station WOOD-TV has reportedly sent an internal memo instructing its editorial department to tone down its Pride Month coverage — so as not to upset its conservative viewers.

- In a follow-up, The Desk reported that according to sources, news director Stanton Tang said that Fox sent the memo at his behest.

- "It has been an awfully difficult week for our newsroom," WOOD-TV producer Kyle McIlmurray also tweeted on Thursday. "The silver lining in this mess is that our staff is united in pushing back on this ridiculous and hurtful memo that was sent out."

- Metro Times reached out to WOOD-TV management for comment. After this story was published, parent company Nexstar's executive vice present and chief communications officer Gary Weitman released a statement.

> > ○ "Diversity, equity, and inclusion are among Nexstar's core values," Weitman said. "Our local TV stations are expected to cover and report the news of the day in an expansive and inclusive fashion, consistent with these values. We're looking into the situation at WOOD-TV, as the communication regarding the station's coverage of PRIDE month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers. We will take appropriate action as necessary to address this situation, and apologize for offending members of the LGBTQ community and WOOD-TV's viewers."

15. Fox News (6.16.2023 at 7:49 PM),  *Michigan news outlet GM apologizes for memo warning against 'polarizing' Pride Month coverage, Julie Brinks apologized for WOOD-TV staff memo, says parent company will 'take appropriate action' to resolve incident,* FOXNEWS.COM: *Retrievable at:*  https://www.foxnews.com/us/michigan-news-outlet-gm-apologizes-memo-warning-polarizing-pride-month-coverage

- The general manager of a television news station in western Michigan has apologized after staff received a memo telling reporters to cover fewer LGBTQ+ events during Pride Month because coverage could be "polarizing."

- The memo to staff at WOOD-TV in Grand Rapids asked them to "do some work to discern the newsworthy-ness" of Pride events, according to the Detroit Free Press, which obtained a copy of it.

- "We know that West Michigan is a conservative area in many ways," the memo read, according to the story. "We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community."

- WOOD-TV is owned by Texas-based Nexstar Media which said Friday in a statement that the memo was not consistent with the company's values, the way it covers the news or the respect it has for viewers.

- "WOOD-TV is committed to diversity, equity, and inclusion and to covering and reporting the news of the day in an expansive and inclusive fashion, consistent with these values," Julie Brinks, WOOD-TV general manager said in a statement Friday.

- Brinks said Nexstar will "take appropriate action as necessary to address this situation, and we apologize for offending members of the LGBTQ community and WOOD-TV's viewers."

- Opposition to Pride events and pro-LGBTQ+ literature has galvanized some Republicans and conservatives across the U.S. in national and local politics. When a library in western Michigan refused to remove LGBTQ content from the shelves, residents waged a successful campaign to block some of its funding, in an episode that's played out in other states.

- The backlash is also affecting the bottom line for news outlets.

- "If we are covering Pride events, we need to consider how to make the story balanced and get both sides of the issue," the WOOD-TV memo said, the Free Press reported. "We have also started to hear pushback from viewers who are not happy to see those Pride related stories."

- The memo added that while staff may not agree with a certain position, "people are entitled to their opinions and they are our viewers," the Free Press reported.

- Grand Rapids, Michigan, is in Kent County which saw nearly 52% of its voters cast ballots in the 2020 general election for President Joe Biden, a Democrat, compared to about 46% for then-Republican President Donald Trump.

- But in adjacent Ottawa County, nearly 60% of votes cast were for Trump, while Biden received about 38%. Ottawa County is in WOOD-TV's coverage area.

- In January, a conservative Christian group known as Ottawa Impact claimed a majority on Ottawa County's board of commissioners and made several controversial decisions, including immediately closing the Diversity, Equity and Inclusion Department. The board also decided against sending funds to support that county's largest Pride festival, in Holland.

16. Fine, Melissa (6.17.2023), *General manager of west Michigan news outlet forced to apologize for memo on 'polarizing' Pride coverage*, BIZPACREVIEW.COM: *Retrievable at:* https://www.bizpacreview.com/2023/06/17/general-manager-of-west-michigan-news-outlet-forced-to-apologize-for-memo-on-polarizing-pride-coverage-1369322/

- A memo to the staff at WOOD-TV (Channel 8) in Grand Rapids, Michigan, forced the general manager to issue an apology in a bid to dodge the anger of a woke mob and maintain the parent company's ESG ratings. In the offending Tuesday memo, staff were asked to "do some work to discern the newsworthy-ness" of Pride events, according to the Detroit Free Press, which obtained a copy of it.

- To the memo's point, a glance at WOOD-TV's Twitter feed since the beginning of June reveals no fewer than 11 Pride-related headlines.

- And for the author's efforts to consider the station's demographics, WOOD-TV's owners — Texas-based Nexstar Media Group — launched an investigation.

- In a groveling Thursday response, Gary Weitman, the executive vice president of Nexstar, apologized "for offending members of the LGBTQ community and WOOD-TV's viewers" and vowed to "take appropriate action as necessary to address this situation."

- The company, Weitman promised, is "looking into the situation."

   - "[T]he communication regarding the station's coverage of PRIDE month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers," the suit stated, adding that "diversity, equity, and inclusion are among Nexstar's core values."

   - "Our local TV stations are expected to cover and report the news of the day in an expansive and inclusive fashion, consistent with these values," Weitman declared.

- On Saturday morning, after a couple of days of Rainbow silence, WOOD-TV was back on the LGTBQ+ wagon with a feature about "the evolution of gay pride across Michigan."

- "Michigan's first gay pride event was held in 1972. Grand Rapids held its first event in 1988," the station tweeted. "Now, pride events are seen all across the country, and not just in big cities."

17. Witsil, Frank (6.17.2023 at 7:52 a.m.), *WOOD-TV apologizes for Pride Month memo that told staff to cover fewer LGBTQ+ events*, DETROIT FREE PRESS, Retrievable at: https://www.freep.com/story/news/local/michigan/2023/06/17/wood-tv-lgbtq-memo-pride-month-grand-rapids/70332660007/

18. Smith, Jeff (6.18.2023), *Challenging the institutionalized homophobia at WOODTV8 is still necessary after 35 years of Pride Celebrations in Grand Rapids*, GRIID, Retrievable at: https://griid.org/2023/06/18/challenging-the-institutionalized-homophobia-at-woodtv8-is-still-necessary-after-35-years-of-pride-celebrations-in-grand-rapids/

- Last week, a worker at WOODTV8, posted a comment on social media stating that management at channel 8 had sent out a memo, which said that they were going to scale back on Pride coverage and that if they are covering Pride events to "consider how to make the story balanced and get both sides of the issues," according to a story on MLive.

- The MLive article also cited a WOODTV8 News anchor Michele DeSelms, who wrote on Twitter that by mandating staff cover the "other side" of Pride events, they would be required to give "equal time to hate and discrimination." DeSelms also stated:

- "Our newsroom immediately stood up to the 2 managers who wrote a memo mandating that we cover 'the other side' of Pride events: essentially requiring us to give equal time to hate and discrimination. We said no, and will continue to fight for our LGBTQ colleagues, family members, friends and the community. This fight is not over."

- These comments, and others, from channel 8 staff are encouraging. In addition, A spokesperson for Nexstar Media Group, the corporate parent of WOOD TV, issued an apology Thursday, June 15, and said the memo isn't consistent with the company's values.

- "We're looking into the situation at WOOD-TV, as the communication regarding the station's coverage of Pride month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers," said Nexstar spokesperson Gary Weitman.

19. Jones, Scott (6.19.2023), *About That Gay Stuff, We Kind Of Screwed Up*, FTVLive, Retrievable at: https://www.ftvlive.com/sqsp-test/2023/6/18/about-that-gay-stuff-we-kind-of-screwed-up .

- After FTVLive's story, corporate stepped in and told the staff at Fox and News Director Stanton Tang no longer had editorial control over Pride Month stories.

- The station has now said they are sorry and are "committed to diversity, equity, and inclusion and to covering and reporting the news of the day in an expansive and inclusive fashion…" which, if you read the entire memo, you would know wasn't the case last week.

- Sources at Nexstar tell FTVLive that a decision is being made on Tang's future at the station and the company.

- A number of WOOD station insiders feel that the company needs to let him go.

- "In my opinion, it is imperative for Stanton Tang to step down from his role as a news director at WOOD TV with dignity and respect. I also strongly believe that Julie Brinks, the station president, should receive education and awareness about the crucial significance of prioritizing the

20. Owen, Greg (6.19.2023), *Newsroom staff revolts against managers who told them to cover fewer pride events*, LGBTQ NATION, Retrievable at:  https://www.lgbtqnation.com/2023/06/newsroom-staff-revolts-against-managers-who-told-them-to-cover-fewer-pride-events/

- A local TV newsroom is facing a staff revolt over guidance about covering Pride events in June.

- The all-staff memorandum distributed Tuesday instructed reporters and producers to cover fewer Pride events and also to "get both sides of the issue."

- An unnamed source at the station confirmed news director Stanton Tang was one of the individuals responsible for the all-staff memorandum.

- The memo from management at WOOD-TV Channel 8 in Grand Rapids, MI was shared with the Detroit Free Press and went on to say that the station had heard "pushback from viewers who are not happy to see those Pride related stories," adding that "while you personally may not agree with a certain position, people are entitled to their opinions and they are our viewers."

- A call to [Julie] Brinks and a request for comment went unanswered. On Friday, she released a statement that "WOOD-TV is committed to diversity, equity, and inclusion and to covering and reporting the news of the day in an expansive and inclusive fashion, consistent with these values."

- She said the station's owner, Nexstar, will "take appropriate action as necessary to address this situation, and we apologize for offending members of the LGBTQ community and WOOD-TV's viewers."

- "The communication regarding the station's coverage of PRIDE month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers," said Gary Weitman, executive vice president of the Texas-based media company.

- Weitman apologized "for offending members of the LGBTQ community and WOOD-TV's viewers," and pledged to "take appropriate action as necessary to address this situation."

21. Sadler, Ashley (6.19.2023 at 5:59 pm), ***Nexstar cracks down on local news outlet that told journalists to get 'both sides' of LGBT issues, One of America's top media companies launched an investigation into a Michigan NBC affiliate that called for more balanced coverage of 'pride' events***,  LIFESITENEWS.COM, INC., Retrievable at:   https://www.lifesitenews.com/news/nexstar-cracks-down-on-local-news-outlet-that-told-journalists-to-get-both-sides-of-lgbt-issues/

- GRAND RAPIDS, Michigan (LifeSiteNews) — America's biggest media conglomerate has reportedly opened an investigation into a local news outlet after an executive issued a memo encouraging balanced reporting of divisive LGBT topics during so-called "pride" month.

- Nexstar Media, which operates the largest number of local TV stations in the U.S., opened an investigation into Grand Rapids, Michigan, NBC affiliate WOOD TV8 after an assistant news director told journalists to report on "both sides" of LGBT issues to better serve their audience, CNN Business reported on Friday.

- "We know that West Michigan is a Conservative area in many ways," WOOD TV8 assistant news director Amy Fox wrote in a memo entitled "Pride Month," according to TheDesk.net.

- "We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community," Fox said. "While you personally may not agree with a certain position, people are entitled to their opinions, and they are our viewers."

- "We should not [cover] every Pride event that we learn about," Fox said in the memo. "We need to do some work to discern the newsworthy-ness of the event. If we are covering Pride events, we need to consider how to make the story balanced and get both sides of the issue."

- But the encouragement for journalists to take a balanced approach to LGBT news reporting sparked outrage within the newsroom and triggered an investigation for cutting against "Nexstar's values."

- "We're looking into the situation at WOOD TV8, as the communication regarding the station's coverage of PRIDE month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers," Nexstar said in a statement to CNN.

- The company said it will "take appropriate action as necessary to address this situation," adding that the company "apologize[s] for offending members of the LGBTQ community and WOOD TV8's viewers."

- Openly homosexual former news anchor and reporter Jeffrey Varner, who previously worked for a variety of local media outlets across the country, argued on Twitter that Fox's memo had been appropriate. He said he was "shocked at the uproar and the 'investigation.'"

- Nexstar's statement to CNN came after several WOOD TV8 staff members publicly denounced the memo.

- WOOD TV8 news anchor Michele DeSelms said that journalists had "immediately stood up to the 2 managers who wrote a memo mandating that we cover 'the other side' of Pride events."

- Characterizing balance in coverage of highly controversial LGBT issues as "requiring us to give equal time to hate and discrimination," DeSelms said that the newsroom rejected the memo and "will continue to fight for our LGBTQ colleagues, family members[,] friends and the community."

- "This memo was met with immediate pushback from our newsroom," WOOD TV8 executive producer Luke Stier said Thursday on Twitter. "The guidance is not being followed."

- Stier also indicated that action had already been taken against those responsible for the memo urging balance in reporting.

- "The only two people involved in its creation have been removed from any discussions surrounding @WOODTV Pride coverage as our corporation conducts a thorough investigation," he wrote.

22. Now Kalamazoo (6.20.2023), *Area TV station apologizes for Pride Month memo*, NOW KALAMAZOO.ORG Retrievable at: https://nowkalamazoo.org/newsletter/archive/6-20-23-a-controversial-memo/

- Managers at WOOD TV 8 in Grand Rapids are apologizing after a staff memo came to light that instructed reporters to dial back coverage of LGBTQ+ events during Pride Month. According to the memo, LGBTQ+ issues are too "polarizing" for the station's audience, which includes Kalamazoo County. "We know that West Michigan is a conservative area in many ways," said the memo. "We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community."

- That message itself turned out to be controversial, drawing criticism from both staff and the general public. "This memo was met with immediate pushback from our newsroom," wrote Executive Producer Luke Stier on Twitter. "The guidance is not being followed." General Manager Julie Brinks released a statement last week apologizing for "offending members of the LGBTQ community and WOOD-TV's viewers." Two people responsible for the original memo were reportedly removed from discussions of Pride Month coverage. [Detroit Free Press]

23. Keys, Matthew (6.21.2023),  *Nexstar exec scolds WOOD-TV newsroom for leaking memo, The executive, Susan Tully, said the newsroom's reaction to the memo was "not appropriate,"* THEDESK.NET, Retrievable at: *https://thedesk.net/2023/06/susan-tully-nexstar-wood-tv-lgbt-memo/* .

- A senior executive from Nexstar Media Group scolded journalists at a Michigan TV station for leaking a memo that urged reporters to ease up on their coverage of Pride Month events.

- The reprimand came during an all-hands meeting with reporters, editors, producers and other newsroom staff at Grand Rapids NBC affiliate WOOD-TV (Channel 8), about a week after the memo written by Assistant News Director Amy Fox became public knowledge.

- The meeting was led by Susan Tully, Nexstar's senior vice president of content development, who has been on the ground at the TV station interviewing workers about the memo and investigating whether Fox and her direct supervisor, News Director Stanton Tang, violated any corporate policies.

- During the meeting, Tully said the memo directed by Tang and written by Fox was "inappropriate," but said the reaction of the newsroom staff — mainly, someone inside leaking the memo to media-focused reporters — was also "not appropriate."

- In the memo, Fox wrote that the station was receiving complaints from Conservative viewers over some of its Pride Month coverage. She urged reporters to reconsider whether a Pride Month event was worth considering, and suggested the stories were worth tabling if they could not find a newsworthy angle.

- "We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community," Fox wrote. "While you personally may not agree with a certain position, people are entitled to their opinions, and they are our viewers."

- The memo was met with immediate backlash inside WOOD-TV, with reporters and producers vowing not to follow its directive. An employee ultimately leaked the memo to the website FTV Live and to The Desk, where it quickly went viral.

- The response to the memo prompted Nexstar to issue a public apology and launch an internal investigation, with a spokesperson telling media outlets that the company "will take appropriate action as necessary to address this situation."

- On Wednesday, Tully affirmed the memo was not appropriate, but said journalists at WOOD-TV should have brought the matter to Nexstar first, before leaking the memo to the press, according to three people who attended the meeting. She later said that Nexstar's employee handbook explicitly outlines the

procedures for bringing violations of company policy to the attention of Nexstar's Dallas-area headquarters.

- Fox and Tang have not been allowed to participate in editorial meetings where Pride Month coverage is being discussed, but both executives are still working inside WOOD-TV's newsroom while the corporate investigation continues, two sources said.

24. Busiek, Dave (6.23.2023 at 8:00 am), *Why should media give equal time to hate and discrimination?* IOWA CAPITAL DISPATCH, Retrievable at:  https://iowacapitaldispatch.com/2023/06/23/why-should-media-give-equal-time-to-hate-and-discrimination/ .

25. Keys, Matthew (6.29.2023), *WOOD-TV news director Stanton Tang fired over anti-gay memo, Nexstar also dismisses Amy Fox, the writer of the memo, and two producers suspected of leaking information to the press,* THEDESK.NET, Retrievable at: *https://thedesk.net/2023/06/stanton-tang-fired-nexstar-memo-wood-tv/?expand_article=1*

- Nexstar Media Group has fired one of its Michigan-based television news directors who orchestrated a memo urging reporters under his watch to lessen their coverage of Pride Month events because the stories were upsetting some viewers.

- On Thursday, WOOD-TV (Channel 8, NBC) News Director Stanton Tang learned of his dismissal during a one-on-one meeting with the station's general manager, Julie Brinks, following a two-week investigation by executives at Nexstar over whether the memo violated corporate policy.

- While Tang and Brinks were meeting, the station's office manager packaged his personal items and cleaned out his office, according to a source inside WOOD-TV's newsroom. He was escorted out of the building a short time later.

- Tang will be replaced by Steven Ackermann, a veteran television executive who will serve as WOOD-TV's news director on an interim basis. Ackermann will start in his new role on Friday, sources said, at which point Nexstar will begin a search for someone to fill the position permanently.

- Earlier this month, Tang directed his subordinate, assistant news director Amy Fox, to write and distribute a memo urging reporters and producers to ease up on their coverage of LGBT-related events in Michigan. In the memo, Fox wrote that the stories were upsetting WOOD-TV's conservative viewers, and that reporters shouldn't pursue the stories unless they could find a newsworthy angle and were willing to pursue "both sides" of the matter.

- "We should not cover every Pride event that we learn about," Fox wrote in the memo, a copy of which was obtained by The Desk. "We need to do some work to discern the newsworthy-ness of the event. If we are covering Pride events, we need to consider how to make the story balanced and get both sides of the issue."

- The outcry drew significant media attention to WOOD-TV, which broadcasts in the 42nd largest television market in the country. It also raised flags at Nexstar, with executives apologizing for the memo and vowing to hold those accountable.

- A multi-week investigation ended Thursday when Nexstar ordered Brinks to fire Tang for violating company policy, according to a source familiar with his dismissal. Nexstar also ordered Fox to be dismissed for writing and sending the memo, finding her to be just as culpable.

- Two other employees — producers Luke Stier and Madeline Odle — were also terminated after Nexstar accused them of leaking information about the memo to members of the news media. Journalists at WOOD-TV learned of their dismissals during an all-hands meeting arranged Thursday afternoon, two sources said

- Executive Producer Luke Stier was one of several employees to publicly comment on the memo, writing on Twitter that the newsroom rejected it and that Fox and Tang had been "removed from any discussions surrounding WOOD-TV's Pride coverage as our corporation conducts a thorough investigation."

- Reached for comment during the investigation, Stier declined to offer his thoughts on the memo, saying he understood why colleagues were speaking out beyond Twitter, but that he wanted to "trust the process and work to ensure we remain one of the best local newsrooms in the country."

- Nexstar officials ultimately concluded Stier was among those responsible for leaking information to the press. On Thursday, executives told Stier he was dismissed, and officials escorted him out of the newsroom. Another producer, Madeline Odle, was also fired on suspicion of leaking information, sources affirmed. It was not immediately clear how Odle learned of her termination.

26. Vellky, Wade (6.29.2023),  *This Grand Rapids News Station Proves That Actual News Reporting Is No Longer Allowed,* THE MICHIGAN REVIEW, Retrievable at:   https://www.michiganreview.com/this-grand-rapids-news-station-proves-that-actual-news-reporting-is-no-longer-allowed/

- WOOD-TV faced immediate backlash from LGBT activists for its attempt to encourage objective journalism. Nexstar, the media corporation that owns WOOD-TV, issued a statement that emphasized the importance of "diversity, equity and inclusion" as one of its highest priorities. In the statement, Nexstar quickly apologized for "offending members of the LGBTQ community." Nexstar also mentioned that the individual who wrote the memo would no longer be involved in news-coverage decisions for the rest of the month and that it was "looking into" the situation.

- The backlash didn't only include Nexstar. Unsurprisingly, community backlash from left-wing activists was intense along with backlash from other staff members from WOOD-TV. WOOD-TV itself stated that the statements were not consistent with the "values" of the news station. One of the news anchors, Michele DeSelms, stated that reporting both sides of LGBT issues was the equivalent of "hate and discrimination" against LGBT people.

27. Women in Journalism (6.29.2023),  *United States: Madeline Odle Fired For Revealing Anti-LGBTQI Memo Circulated Among News Staff; The Coalition For Women In Journalism alarmed at attempt to influence coverage and calls for Madeline Odle's reinstatement,* THE COALITION FOR WOMEN IN JOURNALISM, Retrievable at: https://www.womeninjournalism.org/threats-all/usa-madeline-odle-fired-for-revealing-anti-lgbtqi-memo-circulated-among-news-staff

28. Cassandra Lybrink & Sarah Leach (6.30.2023 at 12:08 pm; Updated at: 12:21 pm), *WOOD TV-8 fires executives responsible for Pride Month memo, advocates against it,* HOLLAND SENTINEL, Retrievable at: https://www.hollandsentinel.com/story/news/local/2023/06/30/wood-fires-executives-over-pride-month-memo-advocates-against-it/70372633007/.

- That's according to a report from TheDesk, which said news director Stanton Tang was informed of his dismissal during a one-on-one with the station's general manager after a two-week investigation by executives at parent company Nexstar.

- But that vocal opposition haunted the newsroom Thursday, when, in addition to Tang and assistant news director Amy Fox — whom Tang directed to write and distribute the memo, according to TheDesk — the company also terminated Stier and producer Madeline Odle. According to TheDesk, the company accused both of leaking the memo to media.

- In a statement following the initial leak, Nexstar Executive Vice President Gary Weitman released a statement apologizing "for offending members of the LGBTQ community and WOOD TV's viewers," and pledged to "take appropriate action as necessary to address this situation."

- He said the company is "looking into the situation" and "the communication regarding the station's coverage of PRIDE month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers."

29.  Mauger, Craig (6.30.2023 at 2:31 pm), *2 Grand Rapids journalists fired after criticizing memo on Pride Month coverage,* THE DETROIT NEWS, Retrievable at: https://www.detroitnews.com/story/news/local/michigan/2023/06/30/grand-rapids-journalists-fired-after-criticizing-pride-month-memo/70373659007/ .

- Nexstar Media Group publicly vowed to investigate the message, and on Thursday, the company also forced out Fox and Stanton Tang, the news director, who were involved in sending out the memo, TheDesk.net reported.

- Contacted by phone Friday, Tang declined to answer questions from The Detroit News but acknowledged he had an attorney.

30. Johnson, Marina (6.30.2023 at 3:06 pm),  *WOOD-TV in Grand Rapids fires 4 employees over Pride month coverage memo,* DETROIT FREE PRESS, Retrievable at: https://www.freep.com/story/entertainment/television/2023/06/30/wood-tv-grand-rapids-pride-month-memo/70373754007/

- Grand Rapids-based television station WOOD-TV fired four employees after an internal memo from station directors said producers and reporters need to stop covering LGBTQ+-related topics during Pride month.

- The two people responsible for creating and distributing the memo, news director Stanton Lang and assistant news director Amy Fox, were terminated from their positions, according to Crain's Grand Rapids Business.

- Two producers who openly spoke out against the memo on social media were also fired from their positions.

- Producers Madeline Odle and Luke Steir publicly criticized the message on Twitter on June 15, saying it didn't represent the beliefs of the entirety of the newsroom. On Friday, Steir announced via Twitter that both he and Odle were fired and looking for new positions.

- When news of the memo first broke, Steir posted a Tweet saying there was immediate pushback from many employees.

- "The guidance is not being followed," the post said. "The only two people involved in its creation have been removed from any discussions surrounding @WOODTV Pride coverage as our corporation conducts a thorough investigation."

- "Our team immediately pushed back and called it to the attention of upper management. This memo does not reflect our views. It has not and will not change how we cover members of our community," Odle tweeted at the time.

- Days after the memo broke, the station apologized.

  - "WOOD-TV is committed to diversity, equity, and inclusion and to covering and reporting the news of the day in an expansive and inclusive fashion, consistent with these values," WOOD-TV general manager Julie Brinks said, adding that the station's parent company, Nexstar, will "take appropriate action as necessary to address this situation, and we apologize for offending members of the LGBTQ community and WOOD-TV's viewers."

31. Reilly, Liam (6.30.2023 at 5:30 pm), *News directors at Michigan TV station ousted after telling staff to 'get both sides' of Pride coverage*, CNN.COM: Retrievable at: https://www.cnn.com/2023/06/30/media/michigan-news-directors-fired-pride-coverage/index.html

- Two news directors at a Michigan NBC affiliate were ousted on Thursday following the circulation of an internal memo calling for scaled-back coverage of Pride Month events and directing the station's journalists to "get both sides" on LGBTQ issues, a source with knowledge of the situation told CNN.

- The email, sent earlier this month by Stanton Tang, news director of Grand Rapids-based WOOD-TV, and Amy Fox, the station's assistant news director, said the "polarizing" nature of Pride events had upset some of its conservative viewers, CNN previously reported.

- "We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community," the memo sent by Fox said. "While you personally may not agree with a certain position, people are entitled to their opinions and they are our viewers."

- "If we are covering Pride events we need to consider how to make the story balanced and get both sides of the issue," she added.

- The memo sparked fierce backlash from the newsroom's staff, prompting the station's owner, Texas-based Nexstar, to launch an investigation into the matter. In a statement to CNN earlier this month, Nexstar said the email was "not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers" and apologized for offending members of the LGBTQ community and WOOD-TV's viewers.

- On Thursday, Gary Weitman, a Nexstar spokesperson, confirmed to CNN that the company had made changes to WOOD-TV's newsroom leadership team to "ensure its ability to continue providing outstanding local news coverage and service to the Grand Rapids community and surrounding area."

- "As these are internal personnel decisions involving matters of personal privacy, we will decline further comment," Weitman said.

- Two of the station's executive producers, Luke Stier and Madeline Odle — who had, among others, publicly voiced their concern over the directive — were fired, the pair announced Friday on Twitter.

32. Balaskovitz, Andy (6.30.2023), *Firings at WOOD-TV8 in fallout from Pride Month coverage memo*, CRAINS GRAND RAPIDS BUSINESS: Retrievable at: https://www.crainsgrandrapids.com/news/media-marketing/firings-at-wood-tv8-in-fallout-from-pride-month-coverage-memo/

- Four WOOD-TV8 newsroom officials have been fired as the result of a recent internal memo from station directors that ordered reporters and producers to back off from LGBTQ-related coverage during Pride Month.

- The Desk, an online publication covering broadcast and online news, first reported Thursday night that WOOD-TV8 parent company Nexstar Media Group fired the two station directors behind the memo as well as two producers who criticized the contents of the memo on social media.

- The firings involved News Director Stanton Tang and Assistant News Director Amy Fox for orchestrating and distributing the memo, sources confirmed to Crain's Grand Rapids Business. Producers Luke Stier and Madeline Odle, who were among several staffers to criticize the memo on social media, also were fired.

- In a statement to Crain's Grand Rapids Business, Gary Weitman, Nexstar's chief communications officer, confirmed that "WOOD-TV made changes to its newsroom leadership team to ensure its ability to continue providing outstanding local news coverage and service to the Grand Rapids community and surrounding area."

- "As these are internal personnel decisions involving matters of personal privacy, we will decline further comment," Weitman said in an email.

- The June 13 memo, which Fox issued to staffers on behalf of Tang, set off internal pushback at the local NBC affiliate for what staffers described as an attempt to scale back Pride Month-related coverage based on what the news directors claimed was pushback from conservative viewers.

- "June Pride Month is off to a busy and active start in West Michigan and around the country. We have already done a number of valuable stories about several Pride related events," according to the memo, which was obtained by Crain's Grand Rapids Business at the time. "But, we have also started to hear pushback from viewers who are not happy to see those Pride related stories. We know that West Michigan is a conservative area in many ways. We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community. While you personally may not agree with a certain position, people are entitled to their opinions and they are our viewers."

- The memo urged reporters to "not cover every Pride event that we learn about" and "do some work to discern the newsworthy-ness of the event."

- Citing the viewer pushback, as well as lack of time and newsroom capacity to cover all events, the news directors also called for thoughtfulness in how the news is reported.

- "If we are covering pride events, we need to consider how to make the story balanced and get both sides of the issue," the memo reads.

- EDITOR'S NOTE: This story has been updated with a comment from Gary Weitman, Nexstar's chief communications officer.

33.  Hutchison, Joe (7.1.2023), *News director and three other staffers fired from Michigan TV station over 'anti-gay' memo which encouraged reporters to get 'both sides' of LGBTQ issues and to be discerning about which Pride events to cover*, DAILYMAIL.COM, Retrievable at: https://www.dailymail.co.uk/news/article-12253353/News-director-three-staffers-fired-Michigan-TV-station-anti-gay-memo.html

- Nexstar Media Group fired four members of staff including their news director, after a memo concerning the reporting of LGBTQ issues was leaked

- News Director Stanton Tang was fired from his role at WOOD-TV in Michigan on Thursday after asking his assistant news director to distribute the memo

- The memo said that stories on LGBTQ matters had been controversial and left their conservative watchers 'polarized'

- The news director of a Michigan TV station and three members of staff have been fired over an 'anti-gay' memo which encouraged reporters to get 'both sides' of LGBTQ issues.

- News Director Stanton Tang was let go from his role at WOOD-TV on Thursday during a one to one meeting with the general manager after a two week investigation.

- The Desk first reported that Tang had been investigated by executives at Nexstar Media Group, the station's parent company, over whether a memo violated corporate policy.

- Tang had his assistant news director Amy Fox write and distribute a memo urging reports and producers to ease up on their coverage of LGBT events in Michigan.

- In a statement, general manager Julie Brinks said: 'WOOD-TV is committed to diversity, equity, and inclusion and to covering and reporting the news of the day in an expansive and inclusive fashion, consistent with these values.

- 'Nexstar, will take appropriate action as necessary to address this situation, and we apologize for offending members of the LGBTQ community and WOOD-TV's viewers.'

34. RT News (7.1.2023), *US media giant fires managers who ordered 'balanced' news,* RT NEWS, Retrievable at: https://www.rt.com/news/579050-michigan-tv-station-fires-news-directors-over-lgbtq-memo/

- Two managers at the NBC News affiliate in Grand Rapids, Michigan, have lost their jobs for daring to tell staffers to provide unbiased coverage of Pride Month events and suggesting that stories related to LGBTQ issues could be "polarizing" for the station's largely conservative audience.

- WOOD-TV news director Stanton Tang and his deputy, Amy Fox, were fired on Thursday following a two-week investigation by the outlet's parent company, Nexstar Media Group, according to multiple media reports. Two other newsroom employees – executive producer Luke Stier and producer Madeline Odle -- were jettisoned after Nexstar concluded that they had leaked the internal coverage memo that led to the controversy.

- Texas-based Nexstar is the biggest US operator of broadcast television outlets, boasting 200 stations around the country.

- The row at WOOD-TV began earlier this month, when Tang directed Fox to write and distribute a memo on the station's coverage of Pride Month events. The memo warned that some reports on Pride-themed events "are going to be controversial and polarizing in our community," adding that "while you personally may not agree with a certain position, people are entitled to their opinions, and they are our viewers."

- Tang's directive noted that not every Pride Month event needed to be covered, and it urged employees to be "thoughtful" about which stories they chose to pursue. "We need to do some work to discern the newsworthiness of the event. If we are covering Pride events, we need to consider how to make the story balanced and get both sides of the issue."

- Nexstar spokesman Gary Weitman released a statement earlier this month apologizing for the memo and saying that it was not consistent with the company's values. "Diversity, equity and inclusion are among Nexstar's core values," he said. "Our local TV stations are expected to cover and report the news of the day in an expansive and inclusive fashion, consistent with these values.

35. Now Kalamazoo (7.3.2023), *4 fired at WOOD over Pride memo,* NOW KALAMAZOO, Retrievable at: https://nowkalamazoo.org/newsletter/archive/7-3-23-fired-over-pride/

36. Reber, Dylan (7.3.2023), *Michigan TV Station Fires Four After Pride Coverage Controversy,* THE ADVOCATE Retrievable at:  https://finance.yahoo.com/news/michigan-tv-station-fires-four-190028532.html

- WOOD TV8, a West Michigan television station, has terminated four employees – two members of news leadership and two producers – after an internal memo leaked ordering scaled-back Pride month coverage.

- Per The Desk, WOOD TV news director Stanton Tang and assistant news director Amy Fox were fired for their part in drafting and sending out the memo, which urged staffers to sideline their coverage of local Pride month-related events.

- "We should not cover every Pride event that we learn about," the memo reportedly read. "We need to do some work to discern the newsworthy-ness of the event. If we are covering Pride events, we need to consider how to make the story balanced and get both sides of the issue."

- The note, written by Fox at Tang's behest, cited "pushback from viewers who are not happy to see those Pride-related stories" as a primary reason to cut back on the coverage.

- "We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community," it continued. "While you personally may not agree with a certain position, people are entitled to their opinions and they are our viewers."

- Two executive producers at the station, Luke Stier and Madeline Odle, were also fired after WOOD TV's corporate parent, Nexstar Media Group, accused them of leaking the memo to news outlets.

- At the time of the memo, Stier tweeted, "This memo was met with immediate pushback from our newsroom. The guidance is not being followed. The only two people involved in its creation have been removed from any discussions surrounding @WOODTV Pride coverage as our corporation conducts a thorough investigation."

37. The Gateway Pundit (7.4.2023), *Michigan TV Station Director, Staffers Fired After Asking for "Balance" in Coverage of Pride Celebrations*, THE GATEWAY PUNDIT, Retrievable at: https://www.thegatewaypundit.com/2023/07/michigan-tv-station-director-staffers-fired-after-asking/

- "Pride Month" is over and a day to be proud of, the Fourth of July, is upon us! But a news director, his assistant and two staffers from WOOD-TV in Grand Rapids, Michigan will spend the holiday trying to figure out where to work next.

- Over the weekend, some were fired over distributing a memo sent out asking for coverage of pride parades to be covered "balanced" and to show "both sides." The others were fired for leaking the memo. The assistant director that was fired, Amy Fox, was "ordered" to write the memo by the new director, Stanton Tang, who was also terminated.

- From the memo cited by TheDesk.net:

  - "We know that West Michigan is a Conservative area in many ways. We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community. While you personally may not agree with a certain position, people are entitled to their opinions, and they are our viewers.. While you personally may not agree with a certain position, people are entitled to their opinions, and they are our viewers. We should not cover every Pride event that we learn about. We need to do some work to discern the newsworthy-ness of the event. If we are covering Pride events, we need to consider how to make the story balanced and get both sides of the issue."

38. Hiester, Hannah (7.5.2023), *News Reporters Fired Over 'Anti-Pride' Memo*; CATHOLICVOTE, Retrievable at: https://catholicvote.org/news-reporters-fired-over-anti-pride-memo/

- CV NEWS FEED // Two news directors at a western Michigan TV station were fired last month after they wrote a memo to their employees calling for more news coverage of non-LGBTQ+ related events.

- Stanton Tang, director of WOOD TV, a channel based in Grand Rapids, Michigan, asked Assistant Director Amy Fox to write an internal memo telling employees that the station was covering too many "pride"-related events and asking reporters to balance their content.

- "We have already done a number of valuable stories about several Pride-related events," the June 13 memo said. "But, we have also started to hear pushback from viewers who are not happy to see those Pride-related stories."

- "We know that West Michigan is a conservative area in many ways," the memo continued. "We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community. While you personally may not agree with a certain position, people are entitled to their opinions, and they are our viewers."

- "We should not cover every Pride event that we learn about. We need to do some work to discern the newsworthy-ness of the event. If we are covering Pride events, we need to consider how to make the story balanced and get both sides of the issue," the memo concluded.

- Fox's memo pointed out that good journalism is unbiased and reports on a wide variety of topics; however, her memo drew backlash from the other reporters at WOOD TV. Both Fox and Tang were fired shortly after the memo was sent.

- The memo was leaked to the press on June 14 and two WOOD TV executive producers, Luke Stier and Madeline Odle, confirmed the memo a day later.

- "This memo was met with immediate pushback from our newsroom," Stier tweeted on June 15. "The guidance is not being followed. The only two people involved in its creation have been removed from any discussions surrounding @WOODTV Pride coverage as our corporation conducts a thorough investigation."

- Odle echoed Stier's statement, tweeting "The news director & asst ND sent this memo without input from anyone in our newsroom. Our team immediately pushed back and called it to the attention of upper management. This memo does not reflect our views. It has not and will not change how we cover members of our community."

- However, WOOD TV's parent company, Nexstar Media Group, accused Stier and Odle of leaking the memo to the press, and the two were subsequently fired as well.

- The termination of the four employees has angered both conservatives and liberals. Conservatives have protested against firing Tang and Fox because they stood up for good journalism, but liberals are outraged that Odle and Stier, who support LGBTQ+ ideas, were let go.

- Tang and Fox could not be reached for comments; Odle and Stier declined to comment at this time about their termination.

39. Crozier, Hudson (7.5.2023 at 7:36 pm), *Michigan NBC station fires news director for traditional journalistic values*, THE WASHINGTON EXAMINER, Retrievable at: https://www.washingtonexaminer.com/opinion/2172338/michigan-nbc-station-fires-news-director-for-traditional-journalistic-values/.

- A top employee at an NBC-affiliated television station in Michigan was fired last week for expecting it to be a news outlet instead of an LGBT propaganda channel.

- News director Stanton Tang of WOOD-TV had assistant news director Amy Fox write a memo to employees about the need to limit and adjust coverage of Pride Month, specifically Pride events. Staff swore not to obey it, pressured Tang to resign, and complained that Nexstar Media Group, the station's parent company, hadn't immediately suspended Tang and Fox while investigating. One employee called it "absolute malpractice" to wait while "the emotions are still raw."

- Tang made the horrible career mistake of trying to burst the liberal bubble at his network in pursuit of something resembling balance. He even spoke positively of the "number of valuable stories about Pride-related events" it had already covered. But his suggestions were enough to get him barred from editorial meetings on the topic.

- An outlet called the Desk released a hit piece describing Tang's memo as "anti-gay" without evidence and describing a history of complaints about him.

40. Rodgers, David (7.7.2023), *'Anti-Pride' Memo Sees Michigan News Reporters Fired*, MYCHRISTIANDAILY.COM, Retrievable at:   https://mychristiandaily.com/anti-pride-memo-sees-michigan-news-reporters-fired/

- Two Michigan news directors have been fired after they wrote a memo to their employees calling for more news coverage of non-LGBTQ+ related events.

- According to the Daily Mail, News Director Stanton Tang was let go from his role at WOOD-TV on Thursday during a one to one meeting with the general manager after a two week investigation.

- The Desk first reported that Tang had been investigated by executives at Nexstar Media Group, the station's parent company, over whether a memo violated corporate policy.

- Stanton Tang, director of WOOD TV, a channel based in Grand Rapids, Michigan, allegedly asked Assistant Director Amy Fox to write an internal memo telling employees that the station was covering too many "pride"-related events and asking reporters to balance their content.

- "We have already done a number of valuable stories about several Pride-related events," the June 13 memo said. "But, we have also started to hear pushback from viewers who are not happy to see those Pride-related stories."

- "We know that West Michigan is a conservative area in many ways," the memo continued. "We need to recognize that some stories related to LGBTQ issues are going to be controversial and polarizing in our community. While you personally may not agree with a certain position, people are entitled to their opinions, and they are our viewers."

- "We should not cover every Pride event that we learn about. We need to do some work to discern the newsworthy-ness of the event. If we are covering Pride events, we need to consider how to make the story balanced and get both sides of the issue," the memo concluded.

- "This memo was met with immediate pushback from our newsroom," Stier tweeted on June 15. "The guidance is not being followed. The only two people involved in its creation have been removed from any discussions surrounding @WOODTV Pride coverage as our corporation conducts a thorough investigation."

41. Russell, John (7.8.2023), *Four fired at TV station over controversial Pride Month memo*,  LGBTQ NATION, Retrievable    at:        https://www.lgbtqnation.com/2023/07/four-fired-at-tv-station-over-controversial-pride-month-memo/

- Sources at the station told CNN that employees responded to the memo via email expressing their disapproval. On Twitter, WOOD-TV executive producer Luke Stier wrote that the memo "was met with immediate pushback from our newsroom." Stier noted that the guidance was not being followed and that the two people involved in its creation had been removed from discussions around the station's Pride Month coverage.

- In a statement, Nexstar said that the company was "looking into the situation at WOOD-TV, as the communication regarding the station's coverage of PRIDE month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers." The company also apologized "for offending members of the LGBTQ community and WOOD-TV's viewers."

24

- Following Nexstar's investigation, Stier and fellow executive producer Madeline Odle were both fired alongside Tang and Fox on suspicion that they were responsible for leaking the memo to media blogger Scott Jones. WOOD-TV employees reportedly accused Nexstar of focusing more on finding the source of the leak than on the memo itself, and viewed Stier and Odle's dismissals as intended to have a chilling effect on future leaks.

42. Unfairly Canceled (7.11.2023 at 4:02 pm), *Two reporters fired in Michigan for asking if every Pride event is newsworthy Stanton Tang and Amy Fox*, UNFAIRLY CANCELED: Retrievable at: https://unfairlycanceled.com/stories/two-reporters-fired-in-michigan-for-asking-if-every-pride-event-is-newsworthy/

- The authors of the memo were not at all suggesting that the station should sideline important local stories based on the politics of their viewers. They were simply asking the question, "Hey, we seem to be covering a lot of the same thing and people are complaining about it. Is this really news?"

- The parent company of the affiliate, Nexstar Media Group, issued an apology after the memo leak, condemning its contents and emphasizing that diversity, equity, and inclusion (DEI) are among the company's core values, and that its stations are expected to report the news in an "expansive and inclusive fashion." The affiliate issued a nearly identical statement:

  o "WOOD-TV is committed to diversity, equity, and inclusion and to covering and reporting the news of the day in an expansive and inclusive fashion, consistent with these values," WOOD-TV general manager Julie Brinks said, adding that the station's parent company, Nexstar, will "take appropriate action as necessary to address this situation, and we apologize for offending members of the LGBTQ community and WOOD-TV's viewers."

  - After Tang and Fox were fired, two additional colleagues were accused of leaking the memo to the press. They were also fired.

  - Disappointingly, the station has not appeared to start any kind of open and honest dialogue with its staff about how to select news stories, how to present diverse and balanced perspectives, and how to create a newsroom where journalists can explore these ideas without losing their jobs.

  - Journalists should not be fired for trying to determine what is news and what isn't.

43. Keys, Matthew (12.11.2023), *News director who wrote anti-gay memo joins Christian radio station, Stanton Tang was fired by Nexstar Media Group for circulating a newsroom-wide directive urging reporters to ease up on coverage of pride month events*, THEDESK.NET, Retrievable at: *https://thedesk.net/2023/12/stanton-tang-wcsg-radio-station-business-representative/.*
- Stanton Tang joined WCSG (91.3 FM) as their business development representative in October, four months after he was fired by Nexstar Media Group over the memo that urged reporters and other newsroom staff at WOOD-TV (Channel 8, NBC) to ease up on their coverage of gay pride events happening in the Grand Rapids area.

- The memo leaked to industry blog FTV Live and was separately sent to The Desk, which revealed Tang and his assistant news director, Amy Fox, as the masterminds behind the written edict.

- "We should not cover every Pride event that we learn about," Fox wrote in the memo at Tang's directive, according to a copy obtained by The Desk. "We need to do some work to discern the newsworthy-ness of the event. If we are covering Pride events, we need to consider how to make the story balanced and get both sides of the issue."

- The memo drew a massive outcry from reporters and producers at WOOD-TV, who vowed to continue covering pride-related events in Grand Rapids despite the order from their bosses. The

email also triggered an internal investigation by Nexstar Media Group, who determined the memo was a violation of corporate policy.

- Before his firing, Tang was widely considered in the television news community to be a highly-respected journalist, with decades of experience working at stations in other parts of Michigan as well as Northern California, Nevada and Arizona. While working at WZZM (Channel 13, ABC), he received an Emmy Award and helped the station secure a prestigious Edward R. Murrow award for various news specials.

- After his firing from WOOD-TV, Tang spent around four months unemployed before ultimately settling on a job at WCSG, a Christian-oriented adult contemporary radio station owned by Cornerstone University and broadcasting to the same Grand Rapids market as his former television station.

- WCSG operates as a non-commercial, educational radio station and is prevented from airing traditional commercials, instead relying on listener donations and corporate sponsorships to offset programming and operational-related costs.

- The station claims to serve nearly 200,000 listeners each month, with its programming simulcast on three terrestrial repeaters in Springfield, Kalamazoo and Benton Harbor.

- In a job listing for the business development representative position, WCSG said it was looking for someone who supported "the values and mission of Cornerstone University, evidenced by the ability to affirm and sign the university's doctrinal statement, The Cornerstone Confession."

44. Benson, Tom (12.12.2023), *Fired WOOD-TV ND Joins WCSG-FM,* MEDIA CONFIDENTIAL: Retrievable at: https://mediaconfidential.blogspot.com/2023/12/grand-rapids-radio-fired-wood-tv-nd.html .