# EXHIBIT 3

**From:** Stanton Tang
**Sent:** Friday, June 16, 2023 6:54 AM
**To:** Julie Brinks
**Subject:** RE: Memo and external communication

Thank you Julie.

My personal objection to the wording is "The note does not reflect our values, the way we cover the news, or the respect we have for our viewers."

The Nexstar policy says, "We present all points of view. We reach out to the subjects or stakeholders of a story. We put our personal biases aside to approach the topics we cover with balance. Nexstar journalists at all levels should refrain from political activity. Impartiality leads to trust."

**Stanton Tang**
News Director
Nexstar Media Inc.

WOOD TV8 | WOTV 4 | WXSP-TV
120 College Ave. SE
Grand Rapids, MI 49503
(616) 771-9611 direct
Stanton.Tang@woodtv.com
WOODTV.com

WOOD/WOTV/WXSP does not discriminate in advertising contracts on the basis of race, ethnicity or gender and further requires that in the performance of all WOOD/WOTV/WXSP advertising agreements, WOOD/WOTV/WXSP requires that each party not discriminate on the basis of race or ethnicity.

This email and any files transmitted with it are the property of Nexstar Media Inc., are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed and/or as indicated in the applicable file. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer.  Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**From:** Julie Brinks
**Sent:** Friday, June 16, 2023 12:59 AM
**To:** Carly Munoz; Casey Jones; Charlsie Dewey; Jason Unger; Julie Brinks; Stanton Tang; Steve Gurd; Wade Cutler
**Subject:** Memo and external communication

I am sending this communication, which has gone through extensive review, to you in advance of

sending to the staff at 8:30am this morning.  I will be on our zoom link at 8am to talk with any of you if you want to discuss prior.

As well, I have an approved statement that I will use with local media, client and community inquiries if needed.  So far we have received less than a dozen e-mails regarding the situation, about 8 upset and 4 in support. That is actually a pretty small number but I have a sense that we may see much more over the next few days.

Good morning –

Though I have been out of the office for the past several days due to a family emergency, I want to address the issues raised by Tuesday's note to staff regarding our ongoing coverage of the area's PRIDE month activities.  I want to be very clear:  The note does not reflect our values, the way we cover the news, or the respect we have for our viewers.  WOOD-TV is and always will be committed to diversity, equity, and inclusion and to covering and reporting the news of the day in an

expansive and inclusive fashion, consistent with these values.  And, in case it wasn't clear from the news staff meeting and follow up note Tuesday afternoon and Wednesday morning meetings, we are NOT changing our coverage of events connected to PRIDE month.

I know the note offended many of you, and I am sorry for that.  As you know by now, members of our senior HR team are investigating what happened here.  This is an internal employee relations issue, and we have a process for handling these types of situations.  I am sure that we will work through this issue like the professional colleagues that we are and I am grateful for your cooperation and support as the process moves forward.

One other request:  As you always do, please make sure you forward any media inquiries directly to me.

I expect to be back in town late tonight and at the station over the weekend.  We plan on having a staff meeting on Monday and I will send out details on time and place soon.

For use with local media:

"WOOD-TV is committed to diversity, equity, and inclusion and to covering and reporting the news of the day in an expansive and inclusive fashion, consistent with these values.  The communication regarding WOOD-TV's coverage of PRIDE month activities in the area is not consistent with our values, the way we cover the news, or the respect we have for our viewers.  We will take appropriate action as necessary to address this situation, and we apologize for offending members of the LGBTQ community and WOOD-TV's viewers."

Please remember that I am the only one authorized to issue this statement or communicate with the press so please advise if you are contacted.

Julie A. Brinks
**Vice President & General Manager**
**Nexstar Media Inc.**

WOOD TV | ABC 4 West Michigan | WXSP
120 College Ave. SE
Grand Rapids, MI 49503
616-233-0107 Office
520-730-0990 Cell

jbrinks@nexstar.tv

   

WOOD/WOTV/WXSP does not discriminate in advertising contracts on the basis of race, ethnicity or gender and further requires that in the performance of all WOOD/WOTV/WXSP advertising agreements, WOOD/WOTV/WXSP requires that each party not discriminate on the basis of race or ethnicity.

This email and any files transmitted with it are the property of Nexstar Media Inc., are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed and/or as indicated in the applicable file. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.