# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| STANTON TANG, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2024-cv-0616 |
| | ) |
| NEXSTAR MEDIA GROUP, INC., | ) |
| | ) |
|    Defendant. | ) |

### STIPULATED ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT NEXSTAR MEDIA INC.'S MOTION TO DISMISS ALL OF PLAINTIFF'S DEFAMATION AND FALSE LIGHT CLAIMS

This matter is before the Court on a stipulation by counsel for the parties' herein to extend the time for Plaintiff to file his response in opposition to *Defendant Nexstar Media Inc.'s Motion To Dismiss all of Plaintiff's Defamation and False Light Claims* (hereafter, "Defendant's Motion to Dismiss");

The Court having considered the matter, IT IS HEREBY ORDERED that Plaintiff, Stanton Tang, shall have until on or before Tuesday, August 27, 2024, to file a response in opposition to Defendant's Motion to Dismiss.

**IT IS SO ORDERED**

Dated:_____        _____
                                                        Hon. Robert J. Jonker
                                                        United States District Court Judge

**CONTINUED ON THE FOLLOWING PAGE:**

Stipulated as to form, content and for immediate entry:

| | |
|---|---|
| **/s/ Todd R. Knecht** | **/s/ R**ichard.W¡.Warren |
| Todd R. Knecht | Richard W. Warren |
| Knecht Law, PLC | Ogletree, Deakins, Nash, Smoak & Stewart, PLLC |
| P.O. Box 68292 | 34977 Woodward Ave., Suite 300 |
| Grand Rapids, MI 49516 | Birmingham, MI 48009 |
| 616-308-4716 | 248-631-3679 |
| trknechtlaw@gmail.com | richard.warren@ogletree.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| | |
| Dated: July 31, 2024 | Dated: July 31, 2024 |