# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| STANTON TANG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2024-cv-0616 |
| | ) |
| NEXSTAR MEDIA GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATED ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO <u>DEFENDANT NEXSTAR MEDIA INC.'S MOTION TO DISMISS ALL OF PLAINTIFF'S DEFAMATION AND FALSE LIGHT CLAIMS</u>

This matter is before the Court on a stipulation by counsel for the parties' herein to extend the time for Plaintiff to file his response in opposition to *Defendant Nexstar Media Inc.'s Motion To Dismiss all of Plaintiff's Defamation and False Light Claims* (hereafter, "Defendant's Motion to Dismiss");

The Court having considered the matter, IT IS HEREBY ORDERED that Plaintiff, Stanton Tang, shall have until on or before Tuesday, August 27, 2024, to file a response in opposition to Defendant's Motion to Dismiss.

**IT IS SO ORDERED**

Dated: 8/05/24   /s/ Robert J. Jonker
　　　　　　　　　　　　　　　　　Hon. Robert J. Jonker
　　　　　　　　　　　　　　　　　United States District Court Judge

**CONTINUED ON THE FOLLOWING PAGE:**

Stipulated as to form, content and for immediate entry:

| | |
|---|---|
| **/s/ Todd R. Knecht** | **/s/ R**ichard.W¡.Warren |
| Todd R. Knecht | Richard W. Warren |
| Knecht Law, PLC | Ogletree, Deakins, Nash, Smoak & Stewart, PLLC |
| P.O. Box 68292 | 34977 Woodward Ave., Suite 300 |
| Grand Rapids, MI 49516 | Birmingham, MI 48009 |
| 616-308-4716 | 248-631-3679 |
| trknechtlaw@gmail.com | richard.warren@ogletree.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| | |
| Dated: July 31, 2024 | Dated: July 31, 2024 |