UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STANTON TANG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2024-cv-0616 |
| NEXSTAR MEDIA GROUP, INC., | ) ) ) |
| Defendant. | ) |

**STIPULATED ORDER TO EXTEND DEADLINE
FOR PLAINTIFF'S AND DEFENDANT'S RESPONSES
TO OUTSTANDING DISCOVERY REQUESTS**

This matter is before the Court on a stipulation by counsel for the parties' herein to extend the deadline for Plaintiff's and Defendant's respective responses to their pending discovery requests outstanding as of November 4, 2024.

The Court having considered the matter, IT IS HEREBY ORDERED that Plaintiff and Defendant shall have until on or before Wednesday, November 13, 2024, to respond to all pending discovery requests outstanding as of November 4, 2024.

**IT IS SO ORDERED**

Dated:_____                          _____
                                        Hon. Robert J. Jonker
                                        United States District Court Judge

**CONTINUED ON THE FOLLOWING PAGE:**

Stipulated as to form, content and for immediate entry:

| | |
|---|---|
| */s/ Todd R. Knecht* | */s/ Richard W. Warren* |
| Todd R. Knecht | Richard W. Warren |
| Knecht Law, PLC | Ogletree, Deakins, Nash, Smoak & Stewart, PLLC |
| P.O. Box 68292 | 34977 Woodward Ave., Suite 300 |
| Grand Rapids, MI 49516 | Birmingham, MI 48009 |
| 616-308-4716 | 248-631-3679 |
| trknechtlaw@gmail.com | Richard.warren@ogletree.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Dated: November 4, 2024 | Dated: November 4, 2024 |