UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMY FOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2024-cv-0614 |
| ) | |
| NEXSTAR MEDIA GROUP, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| STANTON TANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2024-cv-0616 |
| ) | |
| NEXSTAR MEDIA GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

Plaintiff Amy Fox and Defendant Nexstar Media Group, Inc., in Case No. 2024-cv-0614, and Plaintiff Stanton Tang and Defendant Nexstar Media Group, Inc., in Case No. 2024-cv-0616, stipulate to the following extensions to expert discovery:

1. Pursuant to the parties' Stipulation filed on June 5, 2025, Plaintiff is currently required to serve expert disclosures by June 27, 2025. (ECF No. 53). Defendants have until July 25, 2025, to respond. (ECF No. 53).

2. The parties agree to a brief extension so that Plaintiffs' expert disclosures will be due by July 11, 2025, and Defendant's expert disclosures will be due by August 8, 2025. Completion of expert discovery will be extended to August 22, 2025.

3. This extension is necessary because Defendant has yet to produce Bates numbered versions of the 70 documents it provided to Plaintiff at the hearing on Plaintiff's Motion to Compel, as well as documents responsive to Plaintiff's second set of discovery requests served on April 25, 2025, which Defendant has stated will be produced on June 27, 2025.

4. These brief extensions of time will not affect any other deadlines in these cases.

IT IS SO ORDERED.

Dated: June 30, 2025                                                /s/ Robert J. Jonker
                                                                              Hon. Robert J. Jonker
                                                                              United States District Court Judge

Stipulated as to form, content and for immediate entry:

| /s/ Nancy A. Temple | /s/ Richard W. Warren |
|---|---|
| Nancy A. Temple<br>Katten & Temple, LLP<br>209 S. LaSalle Street, Suite 950<br>Chicago, IL 60604<br>312-663-0800<br>ntemple@kattentemple.com<br><br>*Counsel for Plaintiff Amy Fox* | Richard W. Warren<br>Ogletree, Deakins, Nash, Smoak & Stewart, PLLC<br>34977 Woodward Ave., Suite 300<br>Birmingham, MI 48009<br>248-631-3679<br>Richard.warren@ogletree.com<br><br>*Counsel for Defendant Nexstar Media Group, Inc.* |

*/s/ Todd R. Knecht*

Todd Knecht
Knecht Law
4999 N. Quail Crest Dr. SE
Grand Rapids, MI 49546
616-308-4716
trknechtlaw@gmail.com

*Counsel for Plaintiff Stanton Tang*

Dated: June 25, 2025