UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANTON TANG,

    Plaintiff,

v.

NEXSTAR MEDIA INC.,
a Delaware Corporation,

    Defendant.

Case No. 1:24-cv-00616

Hon. Robert J. Jonker

Magistrate Judge Ray Kent

| Todd R. Knecht (P35362) | Richard W. Warren (P63123) |
|---|---|
| KNECHT LAW, PLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 4999 N. Quail Crest SE | 34977 Woodward Avenue, Suite 300 |
| Grand Rapids, MI 49546 | Birmingham, MI 48009 |
| TEL: (616) 308-4716 | TEL: (248) 631-3679 |
| trknechtlaw@gmail.com | FAX: (248) 593-2603 |
| | richard.warren@ogletree.com |

## ORDER WITHDRAWING D. COLBY ORTON AS COUNSEL FOR DEFENDANT

This matter having come before the Court on the Notice of Withdrawal of Counsel for Defendant (ECF No. 48), and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that D. Colby Orton, formerly of Ogletree, Deakins, Nash, Smoak & Stewart, PLLC, is hereby withdrawn as counsel for Defendant in the above-entitled case. The Court notes that Richard W. Warren of Ogletree, Deakins, Nash, Smoak & Stewart PLLC will continue to serve as counsel for Defendant in this matter.

Dated: June 30, 2025

/s/ Robert J. Jonker
Hon. Robert J. Jonker
United States District Court Judge