UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_____

MINUTES

AMY FOX,                                           Case No. 1:24-cv-614

v.

NEXSTAR MEDIA GROUP, INC.
_____

STANTON TANG,                                      Case No. 1:24-cv-616

v.

NEXSTAR MEDIA GROUP, INC.

**DATE:**   August 1, 2025
**TIME:**   2:02pm- 2:36pm
**PLACE:**  Grand Rapids
**JUDGE:**  Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFFS:**
Nancy Temple – *for Amy Fox*
Todd Knecht – *for Stanton Tang*

**DEFENDANT:**
Richard Warren

## PROCEEDINGS

**NATURE OF HEARING:**
Status conference held.


COURT REPORTER:  Paul Brandell          __/s/ D. Brown_____
                                              Law Clerk