# EXHIBIT 18

| | |
|---|---|
| From: | Reilly, Liam <Liam.Reilly@warnermedia.com> |
| Sent: | Thursday, June 29, 2023 8:59 PM |
| To: | Gary Weitman |
| Subject: | Re: CNN Inquiry: Amy Fox Memo |

Gary,

Copy — just wanted to confirm that's what you meant, thanks. I'll be in touch if we have more questions.

Best,
Liam

Get Outlook for iOS

---

**From:** Gary Weitman <gweitman@nexstar.tv>
**Sent:** Thursday, June 29, 2023 8:58:04 PM
**To:** Reilly, Liam <Liam.Reilly@warnermedia.com>
**Subject:** Re: CNN Inquiry: Amy Fox Memo

I think I did that on the first point.

> On Jun 29, 2023, at 7:51 PM, Reilly, Liam <Liam.Reilly@warnermedia.com> wrote:
>
> Gary,
>
> Thanks — any chance you can provide me with anything to the former point ("I think that's a fair assumption") on background?
>
> And I appreciate the clarification regarding the latter point.
>
> Best,
> Liam
>
> Get Outlook for iOS

---

**From:** Gary Weitman <gweitman@nexstar.tv>
**Sent:** Thursday, June 29, 2023 8:48:20 PM
**To:** Reilly, Liam <Liam.Reilly@warnermedia.com>
**Subject:** Re: CNN Inquiry: Amy Fox Memo

I think that's a fair assumption…but again not attributable.

Little more detail…off the record … Michele was an evening anchor who resigned many weeks ago.  Her long-planned last night of anchoring was last night.

> On Jun 29, 2023, at 7:32 PM, Reilly, Liam <Liam.Reilly@warnermedia.com> wrote:

Exhibit 109
07/14/2025

NEXSTAR-TANG000829

Gary,

Got it, thanks. Can you confirm whether this is a result of the investigation into the memo?

Best,
Liam

Get [Outlook for iOS](#)

---

**From:** Gary Weitman <gweitman@nexstar.tv>
**Sent:** Thursday, June 29, 2023 8:23:15 PM
**To:** Reilly, Liam <Liam.Reilly@warnermedia.com>
**Subject:** Re: CNN Inquiry: Amy Fox Memo

Not attributable to me, WOOD or Nexstar, they are no longer with the station. You can say a source with knowledge of the situation or something like that.

> On Jun 29, 2023, at 7:18 PM, Reilly, Liam <Liam.Reilly@warnermedia.com> wrote:
>
> Gary,
>
> Copy, thank you. I appreciate the OFTR clarification — we're seeing all this on Twitter, so obviously it's hard to know what's accurate.
>
> Can you confirm whether Amy and Stanton are still employed by WOOD-TV or Nexstar in any other capacity, whether on the record or on background, but reportable?
>
> Thanks.
>
> Best,
> Liam
>
> Get [Outlook for iOS](#)
>
> ---
> **From:** Gary Weitman <gweitman@nexstar.tv>
> **Sent:** Thursday, June 29, 2023 8:01:18 PM
> **To:** Reilly, Liam <Liam.Reilly@warnermedia.com>; Corp-Communications <Communications@Nexstar.tv>
> **Subject:** RE: CNN Inquiry: Amy Fox Memo
>
> Liam,
>
> Here is our on the record statement, which you can attribute to me:
>
> > "We can confirm that WOOD-TV made changes to its newsroom leadership team to ensure its ability to continue providing outstanding local news coverage and service to the Grand Rapids community and surrounding area. As these are internal personnel decisions involving matters of personal privacy, we will decline further comment."
>
> Off the record, I can tell you that you would be wrong to report that Michele DeSelms is no longer with the station.
>
> Gary Weitman
> EVP/Chief Communications Officer

Nexstar Media Group, Inc.
545 E. John Carpenter Freeway, Ste. 700
Irving, TX  75062
972/373-8800 (office)
gweitman@nexstar.tv
NASDAQ: NXST

<image001.png>

This e-mail and any files transmitted with it are the property of Nexstar Media Group, Inc., are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed and/or as indicated in the applicable file. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**From:** Reilly, Liam <Liam.Reilly@warnermedia.com>
**Sent:** Thursday, June 29, 2023 6:51 PM
**To:** Gary Weitman <gweitman@nexstar.tv>; Corp-Communications <Communications@Nexstar.tv>
**Subject:** Re: CNN Inquiry: Amy Fox Memo

Hey, Gary,

We're seeing that multiple WOOD-TV employees have been fired — including EP Luke Stier, EP Madeline Odle, Anchor Michele DeSelms, and News Director Stanton Tang. Hoping you can confirm this, as well as the names of any other employees who have been let go, and clarify the basis for their contracts' termination.

Additionally, per my last email, I'm hoping you might be able to speak to the status and findings of Nexstar's investigation.

Thanks.

Best,
**Liam Reilly**
**CNN** | NY Bureau
Cell: (718) 594-0060
(he/him/his)

**From:** Reilly, Liam <Liam.Reilly@warnermedia.com>
**Sent:** Wednesday, June 28, 2023 12:34 PM
**To:** Gary Weitman <gweitman@nexstar.tv>
**Subject:** Re: CNN Inquiry: Amy Fox Memo

Hey, Gary,

I'm following up on the below — this story is really important, so I wanted to check in and see what the investigation has yielded so far and whether any actions have been taken as of yet.

Per your website, I know DEI is at the heart of Nexstar's corporate philosophy and that this inquiry is being taken seriously by investigators, so I appreciate anything you can share with me.

Best,
**Liam Reilly**
**CNN** | NY Bureau
Cell: (718) 594-0060
(he/him/his)

**From:** Reilly, Liam <Liam.Reilly@warnermedia.com>
**Sent:** Thursday, June 15, 2023 6:03 PM
**To:** Gary Weitman <gweitman@nexstar.tv>
**Cc:** Reilly, Liam <Liam.Reilly@warnermedia.com>
**Subject:** Re: CNN Inquiry: Amy Fox Memo

Gary,

No worries, I appreciate your getting back to me.

One quick follow up; in addition to the investigation, are you offering any support to WOOD-TV employees at this time?

Best,
**Liam Reilly**
**CNN** | NY Bureau
Cell: (718) 594-0060
(he/him/his)

On Jun 15, 2023, at 5:27 PM, Gary Weitman <gweitman@nexstar.tv> wrote:

**EXTERNAL SENDER: Caution opening links or attachments**

Hi Liam,

Apologies for the delay. I have been away from my desk/computer. You can use this statement and attribute it to me or a Nexstar spokesperson:

"Diversity, equity, and inclusion are among Nexstar's core values. Our local TV stations are expected to cover and report the news of the day in an expansive and inclusive fashion, consistent with these values. We're looking into the situation at WOOD-TV, as the communication regarding the station's coverage of PRIDE month activities in the area is not consistent with Nexstar's values, the way we cover the news, or the respect we have for our viewers. We will take appropriate action as necessary to address this situation, and apologize for offending members of the LGBTQ community and WOOD-TV's viewers."

Gary Weitman
EVP/Chief Communications Officer
Nexstar Media Group, Inc.
545 E. John Carpenter Freeway, Ste. 700
Irving, TX  75062
972/373-8800 (office)
gweitman@nexstar.tv
NASDAQ: NXST

<image001.png>

This e-mail and any files transmitted with it are the property of Nexstar Media Group, Inc., are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed and/or as indicated in the applicable file. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**From:** Reilly, Liam <Liam.Reilly@warnermedia.com>
**Sent:** Thursday, June 15, 2023 1:27 PM
**To:** Gary Weitman <gweitman@nexstar.tv>

**Cc:** Reilly, Liam <Liam.Reilly@warnermedia.com>
**Subject:** CNN Inquiry: Amy Fox Memo

Hey, Gary,

We're seeing that WOOD-TV recently told its staff to cover fewer Pride events because the stories have been upsetting the station's largely conservative audience.

The memo, allegedly sent by Assistant News Director Amy Fox, reportedly says: "If we are covering Pride events, we need to consider how to make the story balanced and get both sides of the issue."

I was hoping you might be able to confirm that Fox sent the memo and send me a copy. Additionally, I'm hoping you can respond to a few follow-up questions, which are as follows:

- Was Fox acting at the direction of either WOOD-TV or Nexstar?
- Was the memo the result of a meeting?
- Was anyone else consulted before its publication?
- What has the reaction been among WOOD-TV and Nexstar staff?

Additionally, if you've put out a statement on the matter, can you please send it my way? Thanks.

Best,
**Liam Reilly**
**CNN** | NY Bureau
Cell: (718) 594-0060
(he/him/his)

**CAUTION:** This message was sent from outside the Nexstar organization. Please do not click links or open attachments unless you recognize the sender.

**CAUTION:** This message was sent from outside the Nexstar organization. Please do not click links or open attachments unless you recognize the sender.

**CAUTION:** This message was sent from outside the Nexstar organization. Please do not click links or open attachments unless you recognize the sender.

**CAUTION:** This message was sent from outside the Nexstar organization. Please do not click links or open attachments unless you recognize the sender.

**CAUTION:** This message was sent from outside the Nexstar organization. Please do not click links or open attachments unless you recognize the sender.

**CAUTION:** This message was sent from outside the Nexstar organization. Please do not click links or open attachments unless you recognize the sender.