# EXHIBIT 19

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2              WESTERN DISTRICT OF MICHIGAN
 3                   SOUTHERN DIVISION
 4   _____
 5   AMY FOX,
 6         Plaintiff,
 7      v.                                    Case No.
 8   NEXSTAR MEDIA GROUP, INC.,               2024-cv-0614
 9         Defendant.
10   _____
11              VIDEOTAPED DEPOSITION OF
12                    LIAM REILLY
13   DATE:         Monday, July 14, 2025
14   TIME:         12:18 p.m.
15   LOCATION:     Remote Proceeding
16                 Davis Wright Tremaine, LLP
17                 1251 Avenue of the Americas, 21st Floor
18                 New York, NY 10020
19   REPORTED BY:  Keon Lard
20   JOB NO.:      7466352
21
22
23
24
25
```

Page 2

1  APPEARANCES
2  ON BEHALF OF PLAINTIFF AMY FOX:
3      NANCY TEMPLE, ESQUIRE (by videoconference)
4      ELLIE M. BUCHANAN, ESQUIRE (by videoconference)
5      Katten & Temple LLP
6      209 South LaSalle Street, Suite 950
7      Chicago, IL 60604
8      ntemple@kattentemple.com
9      ebuchanan@kattentemple.com
10     (312) 663-0800
11     (312) 262-7060
12
13 ON BEHALF OF DEFENDANT NEXSTAR MEDIA GROUP, INC.:
14     RICHARD W. WARREN, ESQUIRE (by videoconference)
15     Ogletree Deakins Nash Smoak & Stewart, PC
16     34977 Woodward Avenue, Suite 300
17     Birmingham, MI 48009
18     richard.warren@ogletree.com
19     (248) 593-6400
20
21
22
23
24
25

Page 3

1      APPEARANCES (Cont'd)
2  ON BEHALF OF LIAM REILLY:
3      KATHERINE M. BOLGER, ESQUIRE (by videoconference)
4      Davis Wright Tremaine, LLP
5      1251 Avenue of the Americas, 21st Floor
6      New York, NY 10020
7      katebolger@dwt.com
8      (212) 402-4068
9
10 ALSO PRESENT:
11     Randy Johnson, Videographer (by videoconference)
12     Terri Bush, Corporate Representative of Nexstar
13     (by videoconference)
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              INDEX
2  EXAMINATION:                          PAGE
3      By Ms. Temple                      7
4
5              EXHIBITS
6  NO.          DESCRIPTION              PAGE
7  Exhibit 105   Liam Reilly to WOOD        8
8  Exhibit 106   Liam Reilly to Amy Fox     9
9  Exhibit 107   Liam Reilly to Stanton Tang  10
10 Exhibit 108   CNN Article 6/16/23       12
11 Exhibit 109   Liam Reilly to Gary Weitman  11
12 Exhibit 110   CNN Article               17
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1           PROCEEDINGS
2          THE REPORTER:  Good morning.  My name
3  is Keon Lard; I am a reporter assigned by Veritext to
4  take the record of this proceeding.  We are now on
5  record at 12:18 p.m.
6          This is the deposition of Liam Reilly
7  taken in the matter of --
8          MS. BOLGER:  Reilly.
9          THE REPORTER:  Reilly -- taken in the
10 matter of Amy Fox vs. Nexstar Media Group,
11 Incorporation, on Monday, July 14, 2025, at a remote
12 proceeding.
13         I am a notary authorized to take
14 acknowledgments and administer oaths in Michigan.
15 Parties agree that I will swear in the witness
16 remotely.
17         Additionally, absent an objection on
18 record before the witness is sworn, all parties and
19 witness understand and agree that any certified
20 transcript produced from the recording of this
21 proceeding:
22         - is intended for all uses permitted
23             under applicable procedural and
24             evidentiary rules and laws in the
25             same manner as a deposition recorded

2 (Pages 2 - 5)

Page 10

1    MS. BOLGER: Objection to form.
2    You can answer.
3    THE WITNESS: I do.
4  BY MS. TEMPLE:
5    Q  Okay. And do you recognize that because
6  it's an email from your work email address at that
7  time?
8    A  Correct, yes.
9    Q  And are the emails from Liam Reilly in
10 Exhibit 106 true and correct copies of emails that you
11 sent as part of your regularly conducted business
12 activities for CNN in June of 2023?
13   A  To the best of my recollection, they are.
14   Q  And if you could look, please, at what's
15 marked Exhibit 107.
16        (Exhibit 107 has been marked for
17         identification.)
18        And I want to focus your attention at the
19 email on the bottom half of the first page that states
20 "From: Reilly, Liam, Sent: Thursday, June 15, 2023,
21 6:04 p.m., To: Stanton Tang, Cc: Reilly, Liam"; do you
22 recognize that email?
23   A  I do in the same capacity.
24   Q  Okay. And is that email in Exhibit 107 an
25 email that you wrote as part of your regularly

Page 11

1  conducted business activities on behalf of CNN in June
2  of 2023?
3    A  To the best of my recollection, it is.
4    Q  And then the email right below there that
5  says "On June 15, 2023, at 5:17 p.m." and continues;
6  is that another email that you wrote in your business
7  capacity at that time?
8    A  To the best of my recollection, it is.
9    Q  I'd like you to look at what's been marked
10 Exhibit 109.
11       (Exhibit 109 was marked for
12        identification.)
13       And this has several pages, so I want to
14 focus on the very first in time email at the very end
15 of the document. It begins on the page NEXSTAR-
16 TANG000832 at the bottom of the page and continues.
17       Okay. So at that spot at the bottom of that
18 page, do you recognize that email that says "From:
19 Reilly, Liam, Sent: Thursday, June 15, 2023, 1:27
20 p.m., To: Gary Weitman"?
21   A  To the best of my recollection, I do.
22   Q  And how do you recognize that?
23   A  For the similar reasons as before, it has my
24 email as the sendee and bears my signature.
25   Q  And did you write that email on June 15 to

Page 12

1  Mr. Weitman as part of your regularly conducted
2  business activities on behalf of CNN at that time?
3    A  To the best of my recollection, I did.
4    Q  And then at the top of that Bates stamped
5  page NEXSTAR-TANG000832, there is another email dated
6  June 15, 2023, at 6:03 p.m. to Gary Weitman; do you
7  recognize that email?
8    A  For the same reasons as before, I do.
9    Q  Okay. And again, that June 15 email was
10 part of your regularly conducted business activities
11 around that time for CNN?
12   A  Correct.
13   Q  And then I'd like you to look at -- let me
14 get the number correct -- Exhibit 108, please.
15       (Exhibit 108 was marked for
16        identification.)
17       And you can take your time in looking at it,
18 but my question is do you recognize Exhibit 108?
19   A  I do.
20   Q  How do you recognize Exhibit 108?
21   A  It is the culmination of my work, and it has
22 my name on it.
23   Q  Okay. So Exhibit 108, is that a copy of an
24 article that you wrote that CNN published on or about
25 June 16, 2023?

Page 13

1    A  It is, to the best of what I can see.
2    Q  All right. Then I'd like for you to look
3  back at Exhibit 109, the email chain. And I want to
4  direct your attention to the third page of the
5  document. NEXSTAR-TANG000831 is the Bates number.
6        At the bottom of the page, there appears to
7  be an email from a Reilly, Liam sent Wednesday, June
8  28, 2023, at 12:34 p.m. to Gary Weitman; do you
9  recognize that email?
10   A  I do.
11   Q  How do you recognize that June 28 email?
12   A  For the same reasons as before, it bears my
13 email and my signature.
14   Q  And is that an email you sent to Mr. Weitman
15 on or about that date and time reflected on this
16 email?
17   A  I believe so.
18   Q  Was that email that you sent part of your
19 regularly conducted business activities for CNN at
20 that time?
21   A  It is.
22   Q  And then moving forward in time, on the same
23 page right above that, there's an email dated June 29,
24 2023, at 6:51 p.m. The Subject is "Re: CNN Inquiry:
25 Amy Fox Memo"; do you recognize that email in the

Page 14

1  middle of the page?
2      A    I do.
3      Q    And do you recognize it for the same reasons
4  you've testified that it was an email with your work
5  email that you sent at that time?
6           MS. BOLGER:  Objection to form.
7           You can answer.
8           THE WITNESS:  Correct.
9  BY MS. TEMPLE:
10     Q    And was that June 29 email regarding the
11 inquiry -- the Amy Fox Memo -- part of your regularly
12 conducted business activities on behalf of CNN at that
13 time?
14          MS. BOLGER:  Objection to form.
15          You can answer.
16          THE WITNESS:  It is.
17 BY MS. TEMPLE:
18     Q    And then looking at the first page of
19 Exhibit 109, in the middle of the page, it says "On
20 June 29, 2023, at 7:51 p.m., Reilly, Liam."  And then
21 the email address wrote "Gary" and then continues; do
22 you recognize that email?
23          MS. BOLGER:  No, we're not with you.
24 What's the Bates number, sorry?
25          MS. TEMPLE:  Sure.  It's the first page

Page 15

1  of Exhibit 109, Bates number NEXSTAR-TANG000829.
2           MS. BOLGER:  Sorry, with you now.
3           THE WITNESS:  Can you repeat the
4  question?
5           MS. TEMPLE:  Oh, you know what, let me
6  strike that question.  I apologize.  I skipped over a
7  couple.  Let me strike that and direct your attention
8  to Bates stamp NEXSTAR-TANG000830, the second page of
9  Exhibit 109.
10 BY MS. TEMPLE:
11     Q    In the middle of the page, it states "On
12 June 29, 2023, at 7:18 p.m., Reilly, Liam" with an
13 email address wrote "Gary" and continues; do you
14 recognize that email?
15     A    I do.
16     Q    -- recognize that email?
17     A    To the best of my ability, I do.
18     Q    Okay.  And just to be clear, it says
19 liam.reilly@warnermedia.com; was that your business
20 email at that time?
21     A    It was.
22     Q    Okay.  And was that email on June 29, 2023,
23 around 7:18 p.m. an email sent as part of your
24 regularly conducted business activities for CNN at
25 that time?

Page 16

1      A    It was.
2      Q    And at the bottom of the first page of the
3  exhibit, NEXSTAR-TANG000829, the last line states "On
4  June 29, 2023, at 7:32 p.m., Reilly, Liam wrote" and
5  then the email continues at the top of the second
6  page; do you recognize that email?
7      A    I do.
8      Q    How do you recognize it?
9      A    How do I recognize it?  For the same reasons
10 as before, it bears my work email and an abbreviated
11 signature.
12     Q    Okay.  And was that 7:32 p.m. on June 29
13 email part of your regularly conducted business
14 activities on behalf of CNN at that time?
15     A    It was.
16     Q    Okay.  And then on the first page of Exhibit
17 109, just to expedite it, if you could look at the two
18 emails.  There's one at 7:51 p.m. on June 29 and
19 another at the very top at 8:59 p.m. on June 29.
20          And my question is the same.  Are those
21 emails that you wrote in your business activities at
22 that time?
23     A    I believe they are, yes.
24     Q    Okay.  And you recognize them because of
25 your work email at that time?

Page 17

1      A    Correct.
2      Q    And these emails on the first page of
3  Exhibit 109 were part of your regularly conducted
4  business activities for CNN at that time?
5      A    It would have been, yes.
6      Q    Okay.  The last exhibit that I'm going to
7  have you take a look at is Exhibit 110.
8           (Exhibit 110 was marked for
9           identification.)
10     Do you recognize this exhibit?
11     A    I do.
12     Q    How do you recognize Exhibit 110?
13     A    Once again, it's the culmination of my work,
14 and it has my name on it and has the CNN website
15 information on it.
16     Q    And is Exhibit 110 a copy of an article that
17 you wrote that CNN published?
18     A    I believe it is, yes.
19     Q    And in Exhibit 109, on the first page and
20 second page, there's emails that purport to be from a
21 Gary Weitman at Nexstar Media Group to your work email
22 address; do you see those?
23     A    I do.
24     Q    Did you receive those emails as part of your
25 regularly conducted business activities?

Veritext Legal Solutions
www.veritext.com                                            888-391-3376

Page 18

1   A   I did.
2   Q   And in Exhibit 109 near the back of the
3   exhibit, earlier in time, on Bates stamped NEXSTAR-
4   TANG000832 in the middle of the page; did you receive
5   that email from Gary Weitman on or about June 15,
6   2023?
7           MS. BOLGER:  Which email are you
8   talking about, I'm sorry?
9           MS. TEMPLE:  In the middle of the page,
10  it says "On June 15, 2023, at 5:27 p.m., Gary Weitman"
11  -- with an email -- "wrote" and then it continues "Hi
12  Liam" and continues.
13          MS. BOLGER:  We're with you.
14          THE WITNESS:  I believe I did, yes.
15  BY MS. TEMPLE:
16  Q   And did you receive that email on June 15
17  from Mr. Weitman as part of your regularly conducted
18  business activities at CNN?
19  A   I would have, yes.
20          MS. TEMPLE:  Thank you, Mr. Reilly.  I
21  have nothing further.
22          MR. WARREN:  No questions from me.
23          MS. BOLGER:  None from me.
24          MS. TEMPLE:  We can go off the record.
25          MS. BOLGER:  Are we off the record?

Page 19

1           MS. TEMPLE:  Yes.
2           MR. WARREN:  Did the reporter want to
3   get orders before we went off?
4           THE REPORTER:  Yes.
5           Is everyone done?
6           MS. TEMPLE:  Yes.
7           THE REPORTER:  Okay.
8           Would anyone be ordering any
9   transcripts?
10          MR. WARREN:  Yes, E-Tran for me,
11  please.
12          MS. TEMPLE:  Yes, and Nancy Temple,
13  yes, we will.
14          MS. BOLGER:  We will too, Kate Bolger.
15          THE REPORTER:  Kate Bolger, okay.
16          All want E-Trans?
17          MS. TEMPLE:  Yes, please.
18          MS. BOLGER:  Yes.
19          THE REPORTER:  Okay.
20          Okay, I've got everything.
21          MS. BOLGER:  Thank you.
22          THE REPORTER:  Okay, we are now off
23  record at 12:39 p.m.
24          (Whereupon, at 12:39 p.m., the
25          proceeding was concluded.)

Page 20

1           CERTIFICATE OF DEPOSITION OFFICER
2           I, KEON LARD, the officer before whom the
3   foregoing proceedings were taken, do hereby certify
4   that any witness(es) in the foregoing proceedings,
5   prior to testifying, were duly sworn; that the
6   proceedings were recorded by me and thereafter reduced
7   to typewriting by a qualified transcriptionist; that
8   said digital audio recording of said proceedings are a
9   true and accurate record to the best of my knowledge,
10  skills, and ability; that I am neither counsel for,
11  related to, nor employed by any of the parties to the
12  action in which this was taken; and, further, that I
13  am not a relative or employee of any counsel or
14  attorney emp                               nor
15  financially o                              outcome of
16  this action.

17          KEON LARD
18          Notary Public in and for the
19          State of Michigan

Page 21

1           CERTIFICATE OF TRANSCRIBER
2           I, JACOB MOORE, do hereby certify that this
3   transcript was prepared from the digital audio
4   recording of the foregoing proceeding, that said
5   transcript is a true and accurate record of the
6   proceedings to the best of my knowledge, skills, and
7   ability; that I am neither counsel for, related to,
8   nor employed by any of the parties to the action in
9   which this was taken; and, further, that I am not a
10  relative or employee of any counsel or attorney
11  employed by t                           cially or
12  otherwise inte                          s action.

15          JACOB MOORE