# EXHIBIT 20

| | |
|---|---|
| From: | Andy Balaskovitz <andy.balaskovitz@crain.com> |
| Sent: | Friday, June 30, 2023 11:58 AM |
| To: | Gary Weitman |
| Subject: | Re: Crain's Grand Rapids seeking comment on WOOD-TV |

Got it, thanks for getting back to me.

Andy

Get Outlook for iOS

---

**From:** Gary Weitman <gweitman@nexstar.tv>
**Sent:** Friday, June 30, 2023 11:31:34 AM
**To:** Andy Balaskovitz <andy.balaskovitz@crain.com>
**Subject:** RE: Crain's Grand Rapids seeking comment on WOOD-TV

**[External Email - Use Caution]**

Andy,

Off the record, I'm not going to address what a blogger is reporting, much if which is wrong.

Here is our on the record statement, which you can attribute to me:

> "We can confirm that WOOD-TV made changes to its newsroom leadership team to ensure its ability to continue providing outstanding local news coverage and service to the Grand Rapids community and surrounding area. As these are internal personnel decisions involving matters of personal privacy, we will decline further comment."

Off the record, I can confirm that the people you reference are correct.

Gary Weitman
EVP/Chief Communications Officer
Nexstar Media Group, Inc.
545 E. John Carpenter Freeway, Ste. 700
Irving, TX  75062
972/373-8800 (office)
gweitman@nexstar.tv
NASDAQ: NXST



**Exhibit PX 26**
04/03/2025

NEXSTAR-TANG001382

This e-mail and any files transmitted with it are the property of Nexstar Media Group, Inc., are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed and/or as indicated in the applicable file. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**From:** Andy Balaskovitz <andy.balaskovitz@crain.com>
**Sent:** Friday, June 30, 2023 6:20 AM
**To:** Gary Weitman <gweitman@nexstar.tv>
**Subject:** Re: Crain's Grand Rapids seeking comment on WOOD-TV

Hi Gary, my apologies, I meant to also include Amy Fox among the three other employees.

Thanks very much.

Andy

--
Andy Balaskovitz
Managing Editor, Crain's Grand Rapids Business
(231) 557-4613 (mobile)
andy.balaskovitz@crain.com

**From:** Andy Balaskovitz <andy.balaskovitz@crain.com>
**Date:** Friday, June 30, 2023 at 6:55 AM
**To:** Gary Weitman <gweitman@nexstar.tv>
**Subject:** Crain's Grand Rapids seeking comment on WOOD-TV

Hi Gary ,

Andy Balaskovitz here again with Crain's Grand Rapids Business. I was wondering Nexstar can comment on the claims in this article in The Desk, and confirm the firings of Stanton Tang, Madeline Odle and Luke Stier at WOOD-TV8: https://thedesk.net/2023/06/stanton-tang-fired-nexstar-memo-wood-tv/

Are you able to comment on the nature or reasoning of those firings as well?

Thanks very much.

Andy Balaskovitz
Managing Editor
Crain's Grand Rapids Business

Get Outlook for iOS

**CAUTION:** This message was sent from outside the Nexstar organization. Please do not click links or open attachments unless you recognize the sender.

**CAUTION:** This message was sent from outside the Nexstar organization. Please do not click links or open attachments unless you recognize the sender.