UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


AMY FOX,

        Plaintiff,                          Case No. 1:24-cv-614

v.

                                            HON. ROBERT J. JONKER

NEXSTAR MEDIA GROUP, INC.,

        Defendant.

                             /


STANTON TANG,

        Plaintiff,                          Case No. 1:24-cv-616

v.

                                            HON. ROBERT J. JONKER

NEXSTAR MEDIA GROUP, INC.,

        Defendant.

                             /


## ORDER CANCELLING HEARING

Pending summary judgment motions are set for hearing on April 9, 2026. The motions have been fully briefed for some time, and the Court has ultimately concluded that oral argument is unnecessary in light of the comprehensive briefing. The April 9 hearing is therefore **CANCELLED**. The Court will enter a written Order addressing the pending motions.

      **IT IS SO ORDERED.**


Date:  __March 17, 2026__              /s/ Robert J. Jonker
                                         ROBERT J. JONKER
                                         UNITED STATES DISTRICT JUDGE