WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY FOX,

        Plaintiff,

v.

NEXSTAR MEDIA GROUP, INC.,

        Defendant.

_____/

Case No. 1:24-cv-614

HON. ROBERT J. JONKER

STANTON TANG,

        Plaintiff,

v.

NEXSTAR MEDIA GROUP, INC.,

        Defendant.

_____/

Case No. 1:24-cv-616

HON. ROBERT J. JONKER

## ORDER

Counsel for Plaintiff Amy Fox filed a motion to reschedule the FPTC scheduled for July 1, 2026.  (ECF No. 95).  The motion is unopposed by both Defendant Nexstar and counsel for Plaintiff Stanton Tang.  Counsel for Plaintiff Fox shall submit an email to the Case Manager not later than **April 23, 2026**, with at least three dates on which all parties are mutually available in the month of July (excluding the week of July 13) to attend the FPTC.  The Court will consider the motion only after receiving the dates.  The parties should not assume the Court will grant the motion just because it is unopposed.  The Court has calendar constraints too.

    **IT IS SO ORDERED.**

Dated:  April 17, 2026         /s/ Robert J. Jonker
                        ROBERT J. JONKER
                        UNITED STATES DISTRICT JUDGE