UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANTON TANG,

        Plaintiff,

                                        CASE NO. 1:24-cv-0616

v.

                                        HON. ROBERT J. JONKER

NEXSTAR MEDIA GROUP, INC.,

        Defendant.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

On March 17, 2026, this Court entered an Order (ECF No. 77) granting in part and denying in part Defendant's Motion for Summary Judgment (ECF No. 56).  On April 14, 2026, Plaintiff filed a motion for reconsideration.  (ECF No. 78).  The Court's local rule on reconsideration requires that a movant must "not only demonstrate a palpable defect by which the Court and the parties have been misled, but [must] also show that a different disposition of the case must result from a correction thereof."  W.D. MICH. LCIVR 7.4(a).  Defendant has shown neither.  The motion simply recapitulates and incorporates the arguments in the previous filings.  It does not present new issues, demonstrate a palpable defect by which the Court and parties have been misled, or demonstrate a defect that necessitates a different disposition of the case.  Accordingly, the Motion for Reconsideration (ECF No. 78) is **DENIED**.

        **IT IS SO ORDERED.**


Dated: <u>April 17, 2026</u>                  <u>/s/ Robert J. Jonker</u>_____
                                       ROBERT J. JONKER
                                       UNITED STATES DISTRICT JUDGE