WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY FOX,

        Plaintiff,                         Case No. 1:24-cv-614

v.

                                    HON. ROBERT J. JONKER

NEXSTAR MEDIA GROUP, INC.,

        Defendant.

_____/

STANTON TANG,

        Plaintiff,                         Case No. 1:24-cv-616

v.

                                      HON. ROBERT J. JONKER

NEXSTAR MEDIA GROUP, INC.,

        Defendant.

_____/

## ORDER

Counsel for Plaintiff Amy Fox emailed the Case Manager and provided a series of dates on which all of the parties are mutually available for the FPTC, in accordance with the order entered on April 17, 2026.  The FPTC is rescheduled to **July 20, 2026, at 10:00 a.m.** The FPTC materials referenced in the Order Setting Final Pretrial Conference filed on April 15, 2026, are due not later than **July 7, 2026.**  The Motion to Continue is GRANTED.

        **IT IS SO ORDERED.**

Dated:  <u>April 17, 2026</u>             <u>/s/ Robert J. Jonker</u>
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE