UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


AMY FOX,

        Plaintiff,                        Case No. 1:24-cv-614

v.

                                        HON. ROBERT J. JONKER

NEXSTAR MEDIA GROUP, INC.,

        Defendant.

_____/

STANTON TANG,

        Plaintiff,                        Case No. 1:24-cv-616

v.

                                        HON. ROBERT J. JONKER

NEXSTAR MEDIA GROUP, INC.,

        Defendant.

_____/

## ORDER

Plaintiff Fox's unopposed motion to reschedule the Final Pretrial Conference, currently set for July 20, 2026, is GRANTED. (Case No. 1:24-cv-614 (ECF No. 107)). The Final Pretrial Conference is rescheduled to **August 4, 2026, at 3:00 p.m.** The filing of the FPTC materials remains due on or before **July 7, 2026.**

      **IT IS SO ORDERED.**


Date:    May 20, 2026               /s/ Robert J. Jonker
                                           ROBERT J. JONKER
                                           UNITED STATES DISTRICT JUDGE