**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| AMY FOX, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2024-cv-0614 |
| | ) | |
| NEXSTAR MEDIA GROUP, INC., | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |
| STANTON TANG, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2024-cv-0616 |
| | ) | |
| NEXSTAR MEDIA GROUP, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

**PLAINTIFFS' OMNIBUS MOTION IN LIMINE**

Plaintiffs Amy Fox and Stanton Tang respectfully move for an omnibus order in limine. The grounds supporting this motion are set forth in the accompanying memorandum. The motion in limine seeks the following relief:

1. An order barring Defendant from presenting any witnesses beyond Amy Fox, Stanton Tang, Julie Brinks, and Gary Weitman, because those are the only witnesses disclosed by Defendant pursuant to Fed. R. Civ. P. 26(a)(1).

2. An order barring Defendant from presenting any expert opinion testimony by any of the witnesses because Defendant did not disclose any expert opinions pursuant to Fed. R. Civ. P. 26(a)(2)(B) or (C).

3. An order barring any argument by Defendant regarding an alleged "qualified privilege".

4. An order barring any argument by Defendant that it can only be liable if it "intentionally" defamed or intended to defame Amy Fox and/or Stanton Tang.

1

5. An order barring Defendant from arguing that it offered only "opinions" in statements by its employees.

6. An order barring Defendant from arguing that it is not liable due to any purported "superseding" and/or "intervening" cause.

7. An order barring Defendant from arguing or introducing any testimony that plaintiffs' employment was terminated because they violated Nexstar's standards prohibiting them from catering to a special interest group.

8. An order barring Defendant from arguing or introducing testimony that only Nexstar can interpret its journalism standards.

## CONCLUSION

For the reasons set forth in the accompanying memorandum, plaintiffs request an order in limine on the issues above.

Respectfully submitted,

Date: July 21, 2026

/s/ Nancy A. Temple

Nancy A. Temple
Ellie Buchanan
Katten & Temple, LLP
209 South LaSalle Street, Suite 950
Chicago, Illinois 60604
(312) 663-0800
ntemple@kattentemple.com
ebuchanan@kattentemple.com

Counsel for Plaintiff Amy Fox

/s/ Todd Knecht
Todd Knecht
Knecht Law
4999 N. Quail Crest Dr. SE
Grand Rapids, MI 49546
616-308-4716
trknechtlaw@gmail.com

Counsel for Plaintiff Stanton Tang

2