UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY FOX,

Plaintiff,

v.

NEXSTAR MEDIA GROUP, INC.,

Defendant.
_______________________________/

Case No. 1:24-cv-614

HON. ROBERT J. JONKER

STANTON TANG,

Plaintiff,

v.

NEXSTAR MEDIA GROUP, INC.,

Defendant.
_______________________________/

Case No. 1:24-cv-616

HON. ROBERT J. JONKER

**ORDER SETTING TRIAL**

**IT IS ORDERED** that jury selection and combined trial shall commence on **October 6, 2026, at 8:30 a.m.**, in the United States District Court, Courtroom 699, Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan. Counsel and the parties shall be present in the courtroom at 8:30 a.m., to address preliminary matters. The trial day begins at 8:30 a.m., and ends at 2:00 p.m., with two twenty-minute breaks. There will be no lunch break. The parties should plan their presentations and witnesses accordingly and should not expect extensions or early termination of trial days.

A Final Pretrial Order will issue by separate order.

**IT IS SO ORDERED.**

Date: August 17, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE