**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| AMY FOX,<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR MEDIA GROUP, INC.,<br><br>Defendant. | ) | Case No. 2024-cv-0614 |
| STANTON TANG,<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR MEDIA GROUP, INC.,<br><br>Defendant. | ) | Case No. 2024-cv-0616 |

Nancy Temple
KATTEN TEMPLE, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
TEL: (312) 663-0800
ntemple@kattentemple.com

Todd Knecht
Knecht Law
4999 N. Quail Crest Dr. SE
Grand Rapids, MI 49546
TEL: 616-308-4716
trknechtlaw@gmail.com

*Attorneys for Plaintiffs*

Richard W. Warren (P63123)
OGLETREE DEAKINS, PC
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
TEL: (248) 631-3679
FAX: (248) 593-2603
richard.warren@ogletree.com

*Attorneys for Defendant*

**STIPULATED ORDER EXTENDING DEADLINE FOR SUBMISSION OF THE PARTIES' JOINT AND SEPARATE TRIAL EXHIBIT LISTS**

This matter having come before the Court pursuant to the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

**WHEREAS,** the Parties' current deadline for submission of Amended Joint and Separate Trial Exhibit Lists is August 28, 2026; and

The Parties have engaged in substantial efforts towards narrowing any areas of dispute; and

Because the Parties wish to continue their efforts to meet and confer with the goal of adding to the Joint Exhibit List and narrowing the Parties' separate Exhibit List to streamline the Court's remaining pre-trial efforts, the Parties have stipulated to extending the deadline for filing their Joint and Separate Trial Exhibit Lists to September 1, 2026

**IT IS THEREFORE ORDERED THAT THE DEADLINE FOR SUBMITTING FINAL JOINT AND SEPARATE EXHIBIT LISTS IS SEPTEMBER 1, 2026.**

Dated: August 31, 2026

/s/ Robert J. Jonker
Hon. Robert J. Jonker
United States District Court Judge

**CONTINUED ON THE FOLLOWING PAGE**

Stipulated as to form, content and for immediate entry:


*/s/Nancy A. Temple (with consent)*
Nancy A. Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
312-663-0800
ntemple@kattentemple.com

*Counsel for Plaintiff Amy Fox*

*/s/ Richard W. Warren*
Richard W. Warren
Ogletree, Deakins, Nash, Smoak & Stewart, PLLC
34977 Woodward Ave., Suite 300
Birmingham, MI 48009
248-631-3679
Richard.warren@ogletree.com

*Counsel for Defendant*

*/s/Todd Knecht (with Consent)*
Todd Knecht
Knecht Law
4999 N. Quail Crest Dr. SE
Grand Rapids, MI 49546
TEL: 616-308-4716
trknechtlaw@gmail.com

*Counsel for Plaintiff Stanton Tang*


Dated: August 28, 2026