**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

---

**MINUTES**

AMY FOX, Case No. 1:24-cv-614

v.

NEXSTAR MEDIA GROUP, INC.

---

STANTON TANG, Case No. 1:24-cv-616

v.

NEXSTAR MEDIA GROUP, INC.

**DATE:** October 7, 2026
**TIME:** 8:30-10:19 a.m.; 10:39-12:11 p.m.; 12:31-2:04 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFFS:**
Nancy Temple – *for Amy Fox*
Todd Knecht – *for Stanton Tang*

**DEFENDANT:**
Richard Warren
Harold Shillingstad
Jantzen Mace

## WITNESSES

**PLAINTIFFS:**
Stanton Tang (cont.)
Amy Clements
Amy Fox (commenced testimony)

**DEFENDANT:**

# EXHIBITS

**PLAINTIFFS' EXHIBITS:**
Exhibit 257
Exhibit 53
Exhibit 3
Exhibit 18
Exhibit 35
Exhibit 36
Exhibit 42 (Published as a demonstrative only—not admitted)
Exhibit 1
Exhibit 2
Exhibit 20
Exhibit 21
Exhibit 22
Exhibit 11
Exhibit 27
Exhibit 38

**DEFENDANT'S EXHIBITS:**
Exhibit 506
Exhibit 551
Exhibit 555
Exhibit 556
Exhibit 568
Exhibit 569
Exhibit 580
Exhibit 581
Exhibit 502
Exhibit 549

**JOINT EXHIBITS:**
All admitted into evidence.

# PROCEEDINGS

**NATURE OF HEARING:**

Jury Trial – Day 2: Plaintiff Stanton Tang concluded his testimony; Amy Clements testified; Plaintiff Amy Fox commenced her testimony.

COURT REPORTER: Paul Brandell

/s/ S. Mayer
Law Clerk