**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

**MINUTES**

AMY FOX, Case No. 1:24-cv-614

v.

NEXSTAR MEDIA GROUP, INC.

STANTON TANG, Case No. 1:24-cv-616

v.

NEXSTAR MEDIA GROUP, INC.

**DATE:** October 6, 2026
**TIME:** 8:29-8:39 a.m.; 8:59-10:53 a.m.; 11:16-12:24 p.m.; 12:44-2:04 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFFS:**
Nancy Temple – *for Amy Fox*
Todd Knecht – *for Stanton Tang*

**DEFENDANT:**
Richard Warren
Harold Shillingstad
Jantzen Mace

## WITNESSES

**PLAINTIFFS:**
Stanton Tang

**DEFENDANT:**

# EXHIBITS

**PLAINTIFFS' EXHIBITS:**
11, 250

**DEFENDANT'S EXHIBITS:**

**JOINT EXHIBITS:**
All joint exhibits (Exs. 1000–1027) admitted into evidence.

# PROCEEDINGS

**NATURE OF HEARING:**
Jury Trial – Day 1: Parties conferred with the Court regarding preliminary matters; the Court admitted the parties' joint exhibits (Exs. 1000–1027); the Court and parties carried out voir dire; jury was sworn; the parties presented opening statements; Plaintiff Stanton Tang commenced his testimony; Plaintiffs' Exhibits 250 and 11 admitted into evidence; the Court discussed trial logistics with the parties.

COURT REPORTER: Paul Brandell

/s/ S. Mayer
Law Clerk