**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

---

**MINUTES**

AMY FOX, Case No. 1:24-cv-614

v.

NEXSTAR MEDIA GROUP, INC.

---

STANTON TANG, Case No. 1:24-cv-616

v.

NEXSTAR MEDIA GROUP, INC.

**DATE:** October 8, 2026
**TIME:** 8:28-10:07 a.m.; 10:25-12:03 p.m.; 12:24-2:02 p.m.; 2:24-3:07 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFFS:**
Nancy Temple – *for Amy Fox*
Todd Knecht – *for Stanton Tang*

**DEFENDANT:**
Richard Warren
Harold Shillingstad
Jantzen Mace

## WITNESSES

**PLAINTIFFS:**
Amy Fox (cont'd)
Ted Linn
Noelle Brennan
Julie Brinks
Gary Weitman (began testimony)

**DEFENDANT:**
Theresa Underwood

## EXHIBITS

**PLAINTIFFS' EXHIBITS:**
Exhibit 4
Exhibit 5
Exhibit 6
Exhibit 7
Exhibit 8
Exhibit 9
Exhibit 10
Exhibit 12
Exhibit 13 (admitted on 10/7/26)
Exhibit 14
Exhibit 15
Exhibit 19
Exhibit 25
Exhibit 26

**DEFENDANT'S EXHIBITS:**
Exhibit 504
Exhibit 553
Exhibit 554
Exhibit 574
Exhibit 529

**JOINT EXHIBITS:**
All admitted into evidence.

## PROCEEDINGS

**NATURE OF HEARING:**
Jury Trial – Day 3: Plaintiff Amy Fox completed her testimony; Ted Linn testified; Noelle Brennan testified; Theresa Underwood testified; Julie Brinks testified; Gary Weitman commenced his testimony; the Court discussed jury instructions with the parties; the Court denied a Rule 50 motion raised by Defendant.

COURT REPORTER: Stefanie Pohl /s/ S. Mayer
Law Clerk