UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANTON TANG,

Plaintiff,

v.

Case No. 1:24-cv-616

HON. ROBERT J. JONKER

NEXSTAR MEDIA GROUP, INC.,

Defendant.

_______________________________/

AMY FOX,

Plaintiff,

v.

Case No. 1:24-cv-614

HON. ROBERT J. JONKER

NEXSTAR MEDIA GROUP, INC.,

Defendant.

_______________________________/

**VERDICT FORM FOR PLAINTIFF STANTON TANG**

We, the jury, answer the questions submitted as follows:

**A. Defamation**

1. Do you, the members of the jury, **unanimously find by a preponderance of the evidence** and the instructions of the Court that Plaintiff Stanton Tang has proven his defamation claim against Defendant Nexstar Media Group, Inc.?

☐ Yes ☑ No

If the answer is "no," please go to Section B.

If the answer is "yes," please proceed to Questions 2 and 3.

2. What amount of economic damages do you award Plaintiff Stanton Tang under the instructions of the Court?

$______________

3. What amount of exemplary damages do you award Plaintiff Stanton Tang under the instructions of the Court?

$______________

Please proceed to Section B.

**B. False Light Invasion of Privacy**

4. Do you, the members of the jury, **unanimously find by a preponderance of the evidence** and the instructions of the Court that Plaintiff Stanton Tang has proven his false light invasion of privacy claim against Defendant Nexstar Media Group, Inc.?

☒ Yes ☐ No

If the answer is "no," please go to Section C.

If the answer is "yes," please proceed to Questions 5, 6, 7, and 8.

5. What amount of compensatory damages do you award Plaintiff Stanton Tang under the instructions of the Court?

$ 1,290,000

6. If you also found plaintiff entitled to damages under question A(2), how much, if any, of the damages in B(5) are for the same statement or statements on which you found liability in question A(1)?

$______________

7. What amount of exemplary damages do you award Plaintiff Stanton Tang under the instructions of the Court?

$ 300,000

8. If you also found plaintiff entitled to damages under question A(3), how much, if any, of the damages in B(7) are for the same statement or statements on which you found liability in question A(1)?

$______________

Please proceed to Section C.

**C. Michigan Employee Right to Know Act**

9. Do you, the members of the jury, **unanimously find by a preponderance of the evidence** and the instructions of the Court that Plaintiff Stanton Tang has proven his Michigan Employee Right to Know Act claim against Defendant Nexstar Media Group, Inc.?

☒ Yes ☐ No

If the answer is "no," please sign and date the form.

If the answer is "yes," do you find the violation was "willful and knowing?"

☒ Yes ☐ No

Please proceed to Question 10.

10. What amount of actual damages do you award Plaintiff Stanton Tang under the instructions of the Court for the ERKA violation?

$ 93,000

10-9-26

Date