# 1

Judge

Jury Instructions

Page 7. Agency Principles

Page 8 Section 4

Is Luke Steir an "agent" of Nexstar as of June 15 (He was still an employee). So therefor acting on behalf of Nexstar or as an "Agent" of Nextstar. Therefore Nexstar liable.

3:37pm

Dear Jurors:

The parties and I appreciate your conscientious engagement on this case. As the end of the normal business day approaches, I want to find out if you would like to stay and continue deliberations past normal business hours this evening, or would prefer to come back and resume your deliberations on the Court's next business day, which is Tuesday, October 13. (The Courthouse is closed for the Columbus Day on October 12.)

The choice is entirely up to you, of course. Neither I nor the parties want to rush or otherwise affect your deliberations. We simply want to know what you prefer so we can tend to the appropriate logistics. Please discuss and let me know at your convenience. And if your preference is to continue deliberations this evening, please also let me know if you need meal provisions.

Many thanks.

Judge Jonker [signature] 5:15pm

__X__ **We want to continue deliberating.** We are close

*or*

______ **We prefer to recess for the evening.**

**Signed:** __

5:17pm

Judge -

We have a verdict

10-9-26

5:40pm