UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANTON TANG,

Plaintiff,

v.

NEXSTAR MEDIA GROUP, INC.,

Defendant.

CASE No. 1:24-cv-616

HON. ROBERT J. JONKER

______________________________/

**JUDGMENT**

Based on the jury verdict and the earlier orders of the Court, Final Judgment enters as follows:

1. In favor of defendant and against plaintiff on the defamation and defamation per se claims, dismissing those claims with prejudice for no cause of action; and
2. In favor of plaintiff and against defendant on the remaining claims in the total amount of One-Millon, Six-Hundred and Eighty-Three Thousand Dollars ($1,683,000.00), together with interest, costs, attorney fees and other assessments as allowed by law, including without limitation Mich. Comp. Laws Sec. 423.511(b).

**IT IS SO ORDERED.**

Dated: October 13, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE