**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| STANTON TANG,<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR MEDIA GROUP, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2024-cv-0616 |

**STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND RELATED NONTAXABLE EXPENSES UNDER MCL 423.511(b) AND FED. R. CIV. P. 54(d)**

This matter is before the Court on the stipulation by counsel for Plaintiff Stanton Tang and Defendant Nexstar Media Group, Inc., in Case No. 2024-cv-0616.

1. On October 13, 2026, this Court entered a judgment in favor of Plaintiff, Stanton Tang on Count III (False Light) and Count IV (Violation of the Bullard-Plawecki Employee Right to Know Act). Plaintiff's deadline to file a motion for attorney's fees and related nontaxable expenses under MCL 423.511(b) and Fed. R. Civ. P. 54(d)(2) is presently Tuesday, October 27, 2026.

2. Pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 54(d)(2)(B), Plaintiff and Defendant stipulate and jointly request that the Court extend Plaintiff's deadline to file a motion for attorney's fees and related nontaxable expenses together with the supporting brief and supporting materials under MCL 423.511(b) and Rule 54(d)(2), **from Tuesday, October 27, 2026 (today), through Thursday, October 29, 2026**.

3. The parties submit that good cause exists. Plaintiff's counsel has worked diligently to prepare the motion, memoranda and supporting exhibits and documentation and was

planning to file today. Unfortunately, Plaintiff's counsel's office has encountered unexpected technical/electronic issues with his firm's computer system. This request is submitted before expiration of the existing deadline. The requested extension is limited to two days and will not affect any other scheduled deadline. Plaintiff's is not seeking an extension of the deadline to file a bill of taxable costs under Fed. R. Civ. P. 54(d)(1) and W.D. Mich. LCivR 54.1.

4. Defendant's agreement to this extension does not constitute agreement that Plaintiff is entitled to any award of attorney's fees, expenses, or taxable costs, or agreement concerning the amount of any award. All substantive objections and defenses are preserved.

IT IS SO ORDERED.

Dated: ____________ ________________________

Hon. Robert J. Jonker
United States District Court Judge

Stipulated as to form, content and for immediate entry:

*/s/ Todd R. Knecht*

Todd Knecht
Knecht Law, PLC
4999 N. Quail Crest Dr. SE
Grand Rapids, MI 49546
616-308-4716
*trknechtlaw@gmail.com*
*Counsel for Plaintiff Stanton Tang*

**Dated: October 27, 2026**

*/s/Richard W. Warren*___

Richard W. Warren
Ogletree, Deakins, Nash, Smoak & Stewart, PLLC
34977 Woodward Ave., Suite 300
Birmingham, MI 48009
248-631-3679
*Richard.warren@ogletree.com*
*Counsel for Defendant Nexstar Media Group, Inc.*

**Dated: October 27, 2026**